```
*  *  TRANSMIT MESSAGE CONFIRMATION REPORT  *  *
***********************************************
NAME:AIRLINE SOFTWARE, I.
TEL :9143577314
DATE:09/12 12:31
```

| TRANSMIT: 919034571148 | | | DURATION | PAGE | SESS | RESULT |
|---|---|---|---|---|---|---|
| TYPE : MEMORY TX | MODE | E - 14 | 00'26 | 01 | 338 | OK |



*Airline Software, Inc.*

*INVOICE #: 000916-01*
*DATE: Sept. 12, 2000*
*TOTAL DUE: $12,500.00*

TO: Stan Green
Raytheon Systems
P.O Box 6056-CBN162
Greenville, TX 75403

*REMIT TO:* Airline Software, Inc.
75 Montebello Road
Suffern, NY 10901

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | PO# 4700003048 | |
| 9/12/00 | Windows NT Version of ARMS Maint & Engr System as currently licensed | $12,500.00 |

Post-It® Fax Note 7671  Date 9/12/00  pages 1
To Stan Green    From Sara
Co./Dept. Raytheon   Co. ASI
Phone # 9034575153   Phone # 845 357 7101
Fax # 9034571148   Fax # 845 357 7314
Orig to follow via mail

*TOTAL USD DUE UPON RECEIPT*   $12,500.00

*Please remit with payment*

A00292

L3-ASI-MA00472