UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

AIRFRAME SYSTEMS, INC. f/k/a
AIRLINE SOFTWARE, INC.,

        Plaintiff,

        v.

RAYTHEON COMPANY and
L-3 COMMUNICATIONS CORPORATION,

        Defendants.

---

Case No: 1:08-cv-11940-WGY

# PLAINTIFF'S MOTION FOR ONE ADDITIONAL BUSINESS DAY TO RESPOND TO DEFENDANT'S MOTION TO STRIKE REPORT OF PLAINTIFF'S DAMAGES EXPERT

Plaintiff Airframe Systems, Inc. ("Airframe") moves for one additional business day, through March 8, 2010 to respond to Defendant L-3 Communications Corporation's Motion to Strike the Expert Report of Lawrence Chodor ("L-3's Motion") (Docket # 41). In support of this motion, Airframe states as follows:

Airframe's response to L-3's Motion was due March 5, 2010.

Airframe's lead counsel, Bruce I. Afran, was unexpectedly called for trial during the week of March 1, 2010, and was on trial through Thursday, March 4, 2010 in the Superior Court of New Jersey in a case entitled Saums v. Estate of Foster before the Hon. Linda Feinberg, Assignment Judge for the County of Mercer. As a result, Mr. Afran did not have sufficient time to prepare Airframe's response to L-3's Motion. Accordingly, Airframe requests that the Court extend Airframe's time to respond to the motion through Monday, March 8, 2010. Airframe's opposition to L-3's Motion is being filed herewith.

This request involves an extension of only one business day and should not cause any significant prejudice. Airframe has already stipulated that the time for L-3 Communications Corporation ("L-3") to serve its damages report may be adjourned until 30 days after the Court resolves L-3's Motion. Airframe will be prejudiced if its lead counsel's trial schedule prevents Airframe from addressing L-3's Motion on the merits.

For these reasons, Airframe respectfully requests the Court to grant the requested extension permitting Airframe to file its papers in opposition to L-3's Motion up to and including March 8, 2010.

                                              AIRFRAME SYSTEMS, INC. f/k/a/
                                              Airline Software, Inc.
                                              By its attorneys,

                                              / S / Peter B, Krupp

Dated: March 8, 2010                Peter B, Krupp
                                               B.B.O. No. 548112
                                             Lurie & Krupp, LLP
                                             One McKinley Square
                                             Boston, MA 02109
                                             Tel: 617-367-1970

                                             Bruce I. Afran
                                               NJ BA 8583
                                             10 Braeburn Drive
                                             Princeton, New Jersey 08540
                                             Tel: 609-924-2075

CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on March 8, 2010.

                                        / S / Peter B. Krupp

                                        Peter B. Krupp