UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AIRFRAME SYSTEMS, INC. f/k/a<br>AIRLINE SOFTWARE, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>RAYTHEON COMPANY,<br>and<br>L-3 COMMUNICATIONS CORPORATION,<br><br>            Defendants. | Case No. 1:08-cv-11940-WGY |

**DECLARATION OF ADAM J. KESSEL
IN SUPPORT OF L-3'S MOTION FOR SUMMARY JUDGMENT**

I, Adam J. Kessel, counsel for the movant L-3 Communications Corporation ("L-3"), state the following is true to the best of my knowledge, information, and belief:

1.   I am an attorney at Fish & Richardson, P.C.  We represent L-3 in the above-captioned matter.

2.   Attached as Exhibit 1 to this Declaration is a true and accurate copy of an Assignment and License Agreement, assigning all right, title, and interest in all copyrights from Airframe Software, Inc. to Aviation Software, Inc.  I received this document as an officially record from the Copyright Office.

3.   Attached as Exhibit 2 to this Declaration is a true and accurate copy of the New York Department of State Entity Information for Airframe Systems, Inc. listing Gordon S. Rosen as the principal executive officer, retrieved from the New York Department of State website on May 17, 2010.

4.   Attached as Exhibit 3 to this Declaration is a true and accurate copy of the Complaint from *Airframe Systems, Inc. v. Raytheon Co.*, Case No. 07-cv-10142 WGY (D. Mass) (D.I. 1.)

5.   Attached as Exhibit 4 to this Declaration are true and accurate copies of web pages from the L-3 corporate website (http://www.l-3com.com) retrieved on May 17, 2010.

6.   Attached as Exhibit 5 to this Declaration is the Affidavit of Hector Arce, dated March 12, 2010.

7.   Attached as Exhibit 6 to this Declaration is the Affidavit of Robert Spivey, dated March 12, 2010.

8.   Attached as Exhibit 7 to this Declaration is a true and accurate copy of the expert report of Lawrence Chodor served by Airframe on L-3 in this case and authenticated by Mr. Chodor at his deposition.

9.   Attached as Exhibit 8 to this Declaration is the Affidavit of Hector Arce, dated September 29, 2008, submitted in support of L-3's motion for summary judgment in *Airframe v. Raytheon et al.*, Case No. 07-cv-10142.

10. Attached as Exhibit 9 to this Declaration is Exhibit B from the Affidavit of Hector Arce dated September 29, 2008.

11. Attached as Exhibit 10 to this Declaration are emails produced by L-3 to Airframe from users of Airframe's ARMS software in response to a survey about that software.

12. Attached as Exhibit 11 to this Declaration is L-3's response to Airframe's First Set of Interrogatories.

13. Attached as Exhibit 12 to this Declaration is an email produced by L-3 to Airframe in this case, documenting the start of M3 development in January 2004.

14. Attached as Exhibit 13 to this Declaration are excerpts from the deposition of Brett Pelham taken on December 9, 2008.

15. Attached as Exhibit 14 to this Declaration is a true and accurate copy of the New York Department of State Entity Information for Aviation Software, Inc., identifying Gordon Rosen as the principal executive officer, retrieved from the New York Department of State website on May 17, 2010.

16. Attached as Exhibit 15 to this Declaration is Exhibit G from the expert report of Lawrence Chodor as served in this case.

17. Attached as Exhibit 16 to this Declaration is Airframe's Response to L-3's First Set of Interrogatories.

18. Attached as Exhibit 17 to this Declaration is an email from Bruce Afran, counsel for Airframe Systems, Inc., to Danni Tang, counsel for L-3, explaining that Airframe has no other versions of its ARMS source code than that which it produced for inspection in this case.

19. Attached as Exhibit 18 to this Declaration is Appendix A to the Declaration of Adam J. Kessel in support of L-3's Motion for Sanctions, summarizing the Requests for Admission that are now deemed admitted by this Court's May 13, 2010 Order.

20. Attached as Exhibit 19 are excerpts from the Deposition of Lawrence Chodor taken by L-3 on March 25 and 26, 2010.

21. Attached as Exhibit 20 to this Declaration are Exhibits C and D from the Declaration of Hector Arce dated March 12, 2010.

22. Attached as Exhibit 21 to this Declaration is the Affidavit of Kenneth Gaylor, dated March 12, 2010.

23. Attached as Exhibit 22 to this Declaration are excerpts from the 2009 10-K SEC filing for L-3 Communications Corporation.

Signed under pains and penalties of perjury this 17th day of May, 2010.

Dated:  May 17, 2010                          /s/ Adam J. Kessel_____
                                              Adam J. Kessel