**AIRFRAME SYSTEMS, INC. V L-3 COMMUNICATIONS CORPORATION**
**FREDERIKSEN EXHIBIT W**

*Airframe Systems, Inv. V. L-3 Communications Corporation*

| RPG CODE | PHP CODE |
|---|---|

```
* "F" (file) specs define files and other i/o devices
F ARMstF1  IF  E      K    Disk   Rename(ARMST:PARMST)

* "D" specs are used to define variables
D pCusNo        S            6p 0
D pName         S           30a
D pAddr1        S           30a
D pAddr2        S           30a
D pCsty         S           25a
D pState        S            2a
D pZip          S           10a

* "C" (calculation) specs are used for executable statements
* Parameters are defined using plist and parm opcodes
C     *entry       plist
C                  parm                    pCusNo
C                  parm                    pName
C                  parm                    pAddr1
C                  parm                    pAddr2
C                  parm                    pCsty
C                  parm                    pState
C                  parm                    pZip

* The "chain" command is used for random access of a keyed file
C     pCusNo       chain     ARMstF1

* If a record is found, move fields from the file into parameters
C                  if        %found
C                  eval      pName  = ARMm01
C                  eval      pAddr1 = ARAd01
C                  eval      pAddr2 = ARAd02
C                  eval      pCsty  = ARCy01
C                  eval      pState = ARSt01
C                  eval      pZip   = AR2p15
C                  endif

* RPG makes use of switches.  One switch "LR" originally stood for "last record"
* LR actually flags the program and its dataspace as removable from memory.
C                  eval      *inLR = *On
```

```php
function getforwardHeader($orig_header) {
    global $editor_size;
    $display = array( _("Subject") => strlen(_("Subject")),
                      _("From")    => strlen(_("From")),
                      _("Date")    => strlen(_("Date")),
                      _("To")      => strlen(_("To")),
                      _("Cc")      => strlen(_("Cc")) );
    $maxsize = max($display);
    $indent = str_pad('',$maxsize+2);
    foreach($display as $key => $val) {
        $display[$key] = $key .': '. str_pad('', $maxsize - $val);
    }
    $from = decodeHeader($orig_header->getAddr_s('from',"\n$indent"),false,false,true);
    $from = str_replace(' ',' ',$from);
    $to = decodeHeader($orig_header->getAddr_s('to',"\n$indent"),false,false,true);
    $to = str_replace(' ',' ',$to);
    $subject = decodeHeader($orig_header->subject,false,false,true);
    $subject = str_replace(' ',' ',$subject);
    $bodyTop = str_pad(' '._("Original Message").' ',$editor_size -2,'-',STR_PAD_BOTH) .
               "\n". $display[_("Subject")] . $subject . "\n" .
               $display[_("From")] . $from . "\n" .
               $display[_("Date")] . getLongDateString( $orig_header->date, $orig_header-
>date_unparsed )."\n" .
               $display[_("To")] . $to . "\n";
    if ($orig_header->cc != array() && $orig_header->cc !='') {
        $cc = decodeHeader($orig_header->getAddr_s('cc',"\n$indent"),false,false,true);
        $cc = str_replace(' ',' ',$cc);
        $bodyTop .= $display[_("Cc")] .$cc . "\n";
    }
    $bodyTop .= str_pad('', $editor_size -2 , '-') .
                "\n\n";
    return $bodyTop;
}
```

CONFIDENTIAL – ATTORNEY'S EYES ONLY