UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

AIRFRAME SYSTEMS, INC. f/k/a
AIRLINE SOFTWARE, INC.,

      Plaintiff,

      v.                         Case No:  1:08-cv-11940-WGY

RAYTHEON COMPANY and
L-3 COMMUNICATIONS CORPORATION,

      Defendants.

---

**PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT
ON LIABILITY AND ON AFFIRMATIVE DEFENSES 4, 6 AND 17**

Plaintiff Airframe Systems, Inc. ("Airframe") cross-moves for summary judgment on liability, and to dismiss L-3's affirmative defenses numbered 4, 6 and 17.

In support of this cross-motion, Airframe relies on the following documents, which are being filed herewith (1) Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment and in Support of Cross-Motion for Summary Judgment ("Plaintiff's Memorandum"), containing Airframe's Statement of Undisputed Facts and with exhibits thereto; and (2) the Declaration of Gordon S. Rosen in Opposition to L-3's Motion for Summary Judgment and in Support of Airframe's Cross Motion for Summary Judgment, with exhibits thereto (some of which are being filed under seal).

For the reasons set out in Plaintiff's Memorandum, Airframe requests the Court to grant summary judgment in favor of Airframe, establishing L-3's liability for infringing the ARMS source code and the reports and screen interfaces, and dismissing L-3's 4th, 6th and 17th affirmative defenses.

                                      AIRFRAME SYSTEMS, INC. f/k/a/
                                      Airline Software, Inc.
                                      By its attorneys,

                                      / S / Peter B, Krupp

Dated: June 7, 2010                    Peter B. Krupp
                                         B.B.O. No. 548112
                                      Lurie & Krupp, LLP
                                      One McKinley Square
                                      Boston, MA 02109
                                      Tel: 617-367-1970

                                      / S / Bruce I. Afran

                                      Bruce I. Afran
                                       NJ BA 8583
                                      10 Braeburn Drive
                                      Princeton, NJ 08540
                                      Tel: 609-924-2075

## CERTIFICATE OF CONFERENCE

     Pursuant to Local Rule 7.1(A)(2), I, Peter B. Krupp, certify that I attempted to confer with Adam Kessel about this motion, but we were unable to narrow the issues presented in this motion.

                                      / S / Peter B. Krupp

                                      Peter B. Krupp

## CERTIFICATE OF SERVICE

     I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on June 7, 2010.

                                      / S / Peter B. Krupp

                                      Peter B. Krupp