UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------

AIRFRAME SYSTEMS, INC. f/k/a
AIRLINE SOFTWARE, INC.,

      Plaintiff,

                          Case No:  1:08-cv-11940-WGY

      v.

RAYTHEON COMPANY and
L-3 COMMUNICATIONS  CORPORATION,

      Defendants.

---------------------------------------------------------

### DECLARATION OF GORDON S. ROSEN IN OPPOSITION TO L-3'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF AIRFRAME'S CROSS MOTION FOR SUMMARY JUDGMENT

I, Gordon S. Rosen, state the following is true to the best of my knowledge, information, and belief:

1.   I am the President of Airframe Systems, Inc. ("Airframe") and Aviation Software, Inc. ("ASI"), the owners of Aviation Maintenance & Engineering software systems ("ARMS"), the copyrighted software at issue in this action.  As President, I am the principal software designer and developer of the ARMS software that the defendant is alleged here to have infringed.

2.   Airframe and ASI develop and market software to the aviation community.  I am the chief systems architect for Airframe and  ASI and have been developing software for over 37 years with extensive experience in programming languages including RPG-II, the language in which ARMS is written, and many database constructions including C-ISAM, VSAM, NODB and MyISAM. I have been developing the ARMS source code since at least 1979.  I also have an extensive working knowledge of PHP, the language in which L-3's product known as "M3" is

written.

## Discussion of the RPG-II and PHP Programming Languages

3.   ARMS is written in the RPG-II programming language *not* in RPG as incorrectly stated by Ms. Frederiksen.  The RPG programming language did not support the use of an interactive terminal such as a PC with a keyboard and an entry screen.  For this reason, ARMS used the RPG-II language.  M3 is written in PHP, a language used to make a program compatible with web access.

4.   RPG-II is a version of the IBM RPG programming language. It was developed in the late 1960s and was offered on a number of different computers, including the IBM System/3, System/32, System/34, System/36, and the AS/400.  The Singer System 10, the Wang VS Series, and ICL 2903 also supported versions of RPG-II.

5.   Though it copies much of the ARMS material, M3 is written in the PHP language.  PHP originally stood for "Personal Home Page".  PHP began in 1994 as a set of Common Gateway Interface (CGI) binaries written in the C programming language by the Danish programmer Rasmus Lerdorf.  Lerdorf initially created these Personal Home Page Tools to replace a small set of Perl scripts he had been using to maintain his personal home page.  The tools were used to perform tasks such as displaying his resume and recording how much traffic his page was receiving.

6.   PHP is a general-purpose scripting language that is especially suited to server side web development where PHP codes generally run on a web server.  Any PHP code in a requested file is executed by the PHP runtime, usually to create dynamic web page content. It can also be used for command line scripting and client side graphical user interface applications and can be used with many relational database management systems.  PHP primarily acts as a filter, taking input

from a file or stream containing text and/or PHP instructions and outputs another stream of data and rendering the output data capable of being accessed through the World Wide Web with its most common output in the form of HTML.

7.   PHP programs are subject to significant data security vulnerabilities.  The National Vulnerabilities Database stores all vulnerabilities found in computer software.  The overall proportion of PHP related vulnerabilities on the database amounted to 20% in 2004, 28% in 2005, 43% in 2006, 36% in 2007, 35% in 2008, and 30% in 2009.  Because most of these PHP related vulnerabilities can be exploited remotely, PHP programs would allow hackers to steal or destroy data from data sources linked to the webserver (such as a sequential query language database), send spam or contribute to denial of service attacks using malware, which itself can be installed on the vulnerable servers.

8.   Recognizing that programmers cannot be trusted, some computer languages include taint checking to detect automatically the lack of input validation in the code developed by a programmer, which code, as written, may induce security vulnerabilities.

9.   Such a feature is being developed for PHP, but its inclusion in a release has been rejected several times in the past and is not currently on the market.

10. For this reason, PHP is not a major development environment for applications where a high degree of security is required as would be required by defense contractors such as L3.   An aviation maintenance program that requires significant security protection would not normally be developed *ab initio* in PHP and, as the above discussion shows, L-3 did *not* develop their M3 in a pure PHP format, but copied substantially from the underlying ARMS code and reports.

11. It is notable that the existing ARMS product, which is written in RPG-II, is not subject to the security vulnerabilities inherent in PHP-based programs.  I would also note that a novice

programmer, as admitted by Mr. Pelham in his deposition, would never be assigned as **the**
project lead for the development of a Maintenance and Engineering ("M&E") application where
security, accuracy, and sophisticated knowledge were required.

### Syntactical Differences in PHP and RPG-II Do Not Prevent Copying

12. In general terms the syntax of RPG-II and PHP are not similar. The programming
terminology used to cause a given function to occur is expressed very differently, but it would be
a gross simplification to assume that because programs are written in different languages that
they do not have identical functions.

13. Programs are ported (translated from one programming language to another) and cross-
compiled (prepared for different hardware platforms, regardless of the origin hardware or
software platform) on a regular basis as a result of hardware upgrades, policy changes or security
concerns. Programs that worked well on mainframe computers twenty years ago may need to be
ported to new languages, such as PHP, as the use of the old mainframe hardware, and the
programming languages they supported, are phased out.

14. The fact that a program has been ported to a new language does not imply that the result
is a new program:  rather the design and implementation of the original programmer(s) is
preserved as much as possible to avoid introducing bugs into the program.  It is accepted good
practice for a company to transition programs from one language to another, while maintaining
the original design and functionality of the program, down to the variable names, function names
and library calls. It would be appropriate to think of porting a program like translating a technical
document; many of the words would stay the same, but the document would then exist in two
languages instead of only the original.  This is precisely what L-3 has done with M3 – preserved
the file structure, data names, file names and other code descriptives that were originally in the

ARMS program.

15. Computer languages are more concise than spoken languages because the range of expression is limited to the tasks computers can perform. Thus, it is possible to almost exactly recreate the intention of a program from one language to another although the superficial language will vary. The program's syntax will change, the libraries required will change, the methods for accessing data will change, but the program will have the same function and intention. While a comparison of written Chinese and English do not look the same visually, but they can be functional equivalents, used to express the same ideas or concepts. M3 has its own syntax, being written in PHP, but preserves much of the original file structure, data names, file names and other code descriptives originally in the ARMS program.

### ARMS Files Copied by L-3 but Not Seen by Defendant's Expert Frederiksen

16. I have reviewed Ms. Frederiksen's declaration and report. Though Ms. Frederiksen claims expertise in RPG she has made several significant errors that undermine this claim. See Detail Pages annexed as Exhibit 3. For example, in her Exhibit E, attached hereto at Exhibit 3, page 2, the letter "O" shows where she claims that she could not find the item **ZFLSQWK**.RPG yet the following page of Exhibit 3, ZMN465, which is taken from the ARMS code, clearly shows the line I*COPY ASIFILES,**ZFLSQWK** which is how an RPG-II program includes specific files. The bold text here shows the identical file names that Ms. Frederiksen says she did not see.

17. Similarly on page 2 of Exhibit 3, the asterisk on the right of the field name SQRDAT, length 3, also appears on page 3 of Exhibit 3. If she knew how to read RPG-II she would have known that the "P" to the left "P  21 250SQRDAT" means the field is packed and is therefore length 5 and not 3. Clearly the SQRDAT appears in ARMS and M3, but Ms. Frederiksen simply

did not know how to find it.

18. Therefore, these files *are* copied from the ARMS code to the M3 program, as I have set forth above, but Ms. Frederiksen did not know how to read and locate the copied material.

19. At page 37 of her report, <u>see</u> Exhibit 3, page 5, I have marked 6 fields with an asterisk to further demonstrate her lack of knowledge in reading RPG-II field format lengths.

20. The sq_ata is a 2 digit field if referring to the ATA *chapter* and a 6 digit if referring to the *full* ATA <u>code</u> and not the length of 100 shown.  The sq_flight_num is a maximum length of 4 and not 100.  The remaining 4 asterisks are each 1 digit fields (or 1 byte) to show Yes or No entries.  Again Ms. Frederiksen should have been able to locate this material.  Page 38 of 60, which is attached to Exhibit 3 at page 6, shows more of the same.  ***These identical files are obviously present in the ARMS and M3 but, again, Ms. Frederiksen did not know how to find them***.

21. Ms. Frederiksen's conclusion that only 71 ARMS files appeared in the L-3 system is also inaccurate.  <u>See</u> Frederiksen Report, Exhibit V referencing L-3 Bates numbers "L3-ASI-MA00473 through 00475", showing Windows Explorer (a Microsoft supplied program) displaying 71 files, attached in Exhibit 3 beginning at page 7.  The following page labeled ASI-WV1 shows only the first page of a similar Windows Explorer view of *one* of the ARMS directories listing 34 files – but when such page is open using a DOS view it shows the *full* 191 files in the ARMS directory.

22. Thus, in the Frederiksen report, L-3 has chosen to use a Windows function to display a *partial* listing of 71 files to suggest, falsely, that L-3 had only *partial* access to the ARMS source code.  But when Hector Arce and I were examining the L-3 computer to ascertain why there was an apparent program failure, ALL of the examination was done using the DOS command mode

"window" of the Windows operating system.  The program of Windows Explorer was *not* being used and therefore the listing of the limited number of 71 files as claimed by L-3 now was *not* possible.  This is yet another attempt at subterfuge to disguise that L-3 was a party to a taking of the full ARMS source code.  ***I personally observed approximately 600 programs from ARMS on the L-3 computer hard drive when I made this examination with Hector Arce.***  Thus, the suggestion by Ms. Frederkson that L-3 had access to only a limited number of files is simply incorrect.

23. The eighth paragraph of the Frederiksen declaration speaks of ASI not "freezing" the code at a point in time, but we were never informed that we were requested to do so.  Our M&E system (the ARMS program) is very mature and does not require much code updating or modification and Airframe typically would not be regularly creating new contemporary versions so as to have a need to "freeze" the date.   All of the ASI provided source code files are dated 12/15/2009 as this is the date that the code custodian loaded them on the laptop given to L-3 to use for the exercise of comparing the two program libraries.  If the L-3 experts were more knowledgeable they would have understood this.

### The M3 Code Shows Create Dates Prior to L-3's Commencement
### of Work on M3 Demonstrating Reliance on Other Software

24. On my inspection of the M3 source code, I observed personally that the M3 code includes creation and last modification dates *prior* to 2004 the year L-3 employee Brett Pelham, the alleged designer of M3,  testified he began developing the M3.

25. Because the start and modification dates in M3 precede the date Pelham claims he began working on it, it is clear that M3 came from *other* sources, the only one known being the ARMS source code.  (There exists a CD that has the source code from both Airframe/ASI and L-3 that was prepared in December 2008 while at the Fish & Richardson office which will show the

program creation dates as well as the last modified dates, most of which are prior to 2004. L-3 has not produced this CD and retains it in their files).

**Copying by L-3 of ARMS Copyrighted Screens and Report Formats**

26. I personally examined the M3 source code under court order in December 2008. Along with Chris DiMartino, an employee of ASI at the time, I compared about 15% of the M3 source code to the ARMS source code.

27. We compared several programs for their structure, use of terminology, constant text embedded in the source code, screen text layout, spelling, use of abbreviations, and punctuation and found an almost complete identicality down to the use of improper hyphenation and mis-spelled words that appeared in the original ARMS program and were carried over into the M3 program.

28. In M3 and the ARMS program, the names of the data elements were identical as were the functional flow of the programs we examined. We used a technique of copying and pasting the PHP text from M3, removing all but the HTML content, and using a standard web browser to display the page as the user would view it from M3 and then on my laptop displayed the corresponding ARMS screen and found an almost exact match in *every* case.

29. All of the creative content was copied as were the unconventional use of abbreviations and terms that were unique to the ARMS source code.

30. This degree of identicality could arise only from L-3 having access to the ARMS source code and using it to make the basis of its M3 code.

31. My examination of the two source codes showed extensive copying of text, labels, data names, screen formats, punctuation and use of non standard abbreviations. Mr. Pelham even included statements in the M3 code such as "I do not know what this code is used for so I will

leave it here anyway.....".  <u>See</u> Notes taken during this software review, attached as Exhibit 4.

Mr. Pelham also testified at deposition that he copied the screens, reports and data file layouts.

<u>See</u> Exhibit 5, the relevant pages of the Pelham deposition, at 89-92, 105-06, 190.  This very

clearly and positively indicates that M3 was copied or derived from ARMS and is clear evidence

of plagiarism.

32. Although it is possible to construct a program that has generic similarities to the ARMS

program, it is not possible to have a new program written that performs all of the same functions,

in the same manner, utilizing the same file structure, with the same displays and reports formats

that was not copied from the original.

33. A program consists of 3 basic parts.  The first is the human interface consisting of both

data entry and retrieval screens and reports whether viewed on a screen or on paper.  The next

part are the data elements that are stored in some form of file, table or database.  Lastly, is the

process logic that causes the entered data to be stored, retrieved, manipulated and presented.

Each of these parts are built by the programmer usually to a set of specifications that detail what

the designer wants to have displayed, stored, manipulated and presented in a particular manner

and at particular times.  Each designer tries to present to the end user the information required in

a manner that, in the view of the designer, will aid or facilitate the maximum amount of data in

the most useable manner.  In Exhibit 1 hereto, items a, c, h, q, v and w show not only the M3 and

ASI counterparts from which the M3 was copied, but also show *another* system in use by LIAT

(the airline of Antigua) for the display of similar report functions, using a wholly different and

unique organizational structure.

**My Personal Inspection of the M3 Source Code**
**Demonstrates Identicality, Infringement and Borrowing**

34. The first M3 module examined was named "inspection_forms.php" as shown by our

contemporaneous notes found in Exhibit 4 at page 1.  Lines 1094-1284 of the M3 code is a copy

of the ARMS program ZIS010.  The user view of this screen in both the ARMS and M3 is

exactly identical.  As my notes state, the term "RE-SET" in ARMS is used to describe the

resetting of an item back to an origin state.  The conventional spelling is "RESET" with no

hyphen.  In all but one place in the ARMS program it appears with the hyphen, i.e., RE-SET.  In

the M3 program the term RE-SET appears in the exact same manner in all places as it does in

ARMS, using the hyphen except in the one place where ARMS does not use the hyphen.

35. The same applies to the term "ONE-TIME", as my notes indicate.  Although the term

"ONE-TIME" can be used both with and without the hyphen, in ARMS it is used in all but two

places *with* the hyphen.  M3 mimics this exactly, as well.

36. As the notes further state, in ARMS we linked the inspection to our task card program by

a question of "INCLUDE ON TASK CARD TIE IN" with no actual connection between the

modules.  Again M3 copies this exactly.

37. ASI chose to accommodate the use of part inspections by adding a question at the bottom

of the screen "PN (IF PN BASED)".  No other inspection program that I have ever seen does

this.  M3 mimics this exactly.  There are 4 lines that show "Perform every", "early window",

"late window", "Repeat every", followed by three columns for "Hours   Cycles     Days".  The

use of this matrix display allows the user to understand the definition and specification of the

inspection being defined easily and clearly.  This presentation is unique to ARMS.  M3 copied

this exactly, as well.

38. As the notes also show, imbedded in the M3 module on lines 1163 to 1164 is the

statement "cannot determine use for capability in to not reset".  This is Mr. Pelham's note that he

included in M3.  If Mr. Pelham were in fact the designer and creator of this program why would

he state that he "cannot determine use for [the] capability 'in to not reset' ", if he designed the code? Obviously, the fact that he questions the use of this "capability" means that he did not write it and instead took it from the ARMS code.

39. On page 2 of Exhibit 4 hereto in the same module as above, on lines 1549-1613 of the M3 code, is the INSPECTION RE-SET function. This is an almost exact copy of ZIS080, the ARMS INSPECTION RE-SET function. Here M3's use of the hyphen in the word RE-SET is identical as the ARMS use of the hyphen as compared to page 1 of Exhibit 4, hereto.

40. On page 3 of Exhibit 4 hereto is a reference to the module "Kit_Browser.php". Lines 167-175 of M3 define the different kit part types as being "BASIC PART, ASSEMBLY, SUB-ASSSEMBLY, ENGINE, KIT PART". This is lifted exactly from ARMS which uses the same sequence and which is unique to ARMS.

41. On page 4 of Exhibit 4 of the notes is a reference from the M3 inspection name schema. Mr. Pelham testified that the data element names in M3 came directly from the ARMS report column headings. In fact they came from the ARMS data file layouts *inside* the ARMS source code, <u>not</u> the column headings. By using the data file layouts, Mr. Pelham ***accessed the ARMS source code***. In any event, either way L-3 would be infringing since both the data file layout and the report column headings were all subject to the ARMS copyright. Lines 1549-1558 of M3 are taken from the ARMS file ZFLACTYI.RPG, ZFLINPC.RPG and ZFLACTYR.RPG. M3 uses these same data terms and in the same sequence.

42. Page 5 of Exhibit 4 discusses M3 lines 584-826 of the module inspection_forms.php. As the notes indicate, this module is an exact copy of the ARMS program ZIS090 and could only have come from the ARMS source code. The screen is an exact copy of the ARMS presentation, including the use of "ZERO RESET" instead of the prior uses of "RESET TO ZERO". The

same matrix display is copied.  As Exhibit 4 also shows, there is another note written in the code by Brett Pelham that again questions the rational behind the reset to zero logic.  If he had designed and written the code then there would be no need for him to question the logic of the function.

43. Page 6 of Exhibit 4 references the M3 module cmpsup_forms.php.  Lines 4161-4171 of the M3 address the use of the table of Receipt Codes.  When I designed this list for ARMS, I simply listed every kind of receipt activity that could be used in an aviation environment and then numbered them sequentially.  M3 has the *exact* list in the *identical* order with the *identical* numbers attached.  Also referenced on page 6 of Exhibit 4 are lines 4291-4358 of the M3 that define the INQUIRE TIME APPLIED TO AIRCRAFT function.  This M3 function is an exact copy of the ARMS equivalent ZRT060, including the same code and sequence.

44. Page 7 of Exhibit 4, also from cmpsup_forms.php, refers to M3 code lines 3559-3632 and 3639-3668 that define the table schema for the serial and part masters.  They are identical to the ARMS files of ZFLRSC1.RPG and ZFLRSC0.RPG.  The data element names come exactly from the ARMS counterparts and could not have come from report column headings as Mr. Pelham testified because much of the material appears ONLY in the source code.  Lines 3798-3802 define the list of part status codes for "IN STOCK, ON AIRCRAFT, IN SUSPENSE, etc".  Again this list was created my me for the ARMS programs.  The list for M3 is the same and uses the same code letters that I did; I for IN STOCK, P for ON AIRCRAFT, S for IN SUSPENSE or QUARANTINE, etc.

45. There is one more oddity found on M3 code lines 3856-3857.  The industry uses a part overall condition code of "Serviceable" or "Not Serviceable".  Logically this would be a "0" for the not condition and a "1" for the good condition.  I deliberately reversed these in creating the

ARMS definition to ensure that the engineers using the program were forced to enter data in a very deliberate manner and not just quickly rush through it.  I also used the term "UNSERVICEABLE" instead of "NOT SERVICEABLE".  M3 mimics both of these peculiarities exactly.

46. Page 8 of Exhibit 4 addresses what we found in the M3 section headed cmpctl_forms.php.  Lines 1096-1314 of the M3 define the ROTABLE PART MASTER screen which is the exact copy of the ARMS programs ZRT020.  In this regard, every screen I examined in the M3 source code in connection with this analysis was identical to its ARMS origin.  Exhibit 4 further shows that additional references in M3 to the schemas for the serial and part masters come directly from the matching ARMS origins.  These element names in M3 come from ARMS file layouts; and not from report column headings as testified to by Mr. Pelham.

47. Page 9 of Exhibit 4 refers to the exact match of the M3 schema for the inspection data to the ARMS file ZFLACTYI.RPG.  Here again, the element names come from the ARMS file in the source code and not from any report column heading as Mr. Pelham testified.

48. Page 12 of Exhibit 4 detailed a few of the missing M3 modules that were supposed to be supplied.  They are all referenced in produced M3 modules which is how we know they should have been supplied.

49. Page 13 of Exhibit 4 details just one of the menus, CMPCTL, that was copied intact from ARMS to M3.  Mr. Pelham did renumber the menu items in his attempt to make it different.  Several menu entries such as "Batch, Keyword, Part # Search, and Rotable Chain List" are unique to ARMS yet they magically exist in M3, as the notes show.  Several items are labeled "Turned off until ready", which makes no sense if they are all being built by Mr. Pelham because he would just add them when they were developed; there would be no need for them to be

"turned off" till some later event.  It is also interesting to note that PHP has no limitation on the length of a menu name as RPG-II does so there is no reason for the M3 to use only a six digit menu term as does the ARMS program.  The six letter term CMPCTL was the ARMS term for "component control".  In PHP, the language of M3, it would have more common to use the name "component_control" as the menu name since PHP does not limit terms to six characters.  Since M3 needlessly uses the same six character component, it is obvious that Mr. Pelham took it from the ARMS source code.

50. Page 14 of Exhibit 4  details another one of the menus, CMPSUP, that was copied intact from ARMS to M3.  Again Mr. Pelham did renumber the menu items in his attempt to make it appear different.  One unusual item is "UPDATE KITS/ENGINES/ASSEMBLIES".  In the industry, this function is usually just referred to as "Bill of Materials", but M3 copied the unique ARMS sequence.  The notes also show that for the industry function K/E/A is commonly used, it is referenced in ARMS as KAE.  M3 repeated this again using the ARMS designation not the industry designation.  Several items are labeled "Turned off until ready" which makes no sense here as well unless the designer of M3 was taking them from another source code.

51. Page 15 of Exhibit 4 details another one of the menus, INSPEC, that was copied intact from ARMS to M3.  Here again, Mr. Pelham did renumber the menu items in his attempt to make it different.  One unusual item on this menu is the use of the term "INSPECTION/CHECK".  The industry uses these terms as either INSPECTION or CHECK and *never* together.  Using the terms together was uniquely done in the design of ARMS so that we could do both functions in a single program.  Though unique to ARMS, it is copied in M3.  Several items are again labeled "Turned off until ready" which makes no sense here as well unless the "designer", Mr. Pelham, took them from ARMS.

**Matching Report and Screen Formats Between M3 and ARMS**

52. The following examples show identicality between specific ARMS functions and M3, clearly demonstrating that L3 deliberately copied our creative work and that other software vendors use a different organizing structure for their report formats.

53. As the Exhibits show, each supplier has brought their own creative work to the market with unique interpretations as to what the end user of the software would need to view.  Exhibit 2, pages 9 and 45, show several software vendor screens for the display of the "rotable chain" list format that M3 copied directly from ARMS.  Each vendor has a unique approach to the "rotable chain list" task and has expressed this creativity very differently, as opposed to the M3 copy of the ARMS approach as shown in Exhibit 1, pages 37–38.

54. Exhibit 2, pages 24-28, shows several software vendor screens for the display of "Squawk" reports and "Maintenance Task Cards".  Again, each has a unique approach to the very same task and has expressed this creativity very differently, as opposed to the M3 copy of the ARMS approach as shown in Exhibit 1, pages 28, 45.

55. Exhibit 2, pages 19-23, show several software vendor screens for "Inspection Reports" display.  Here again, each has a unique approach to the very same task and has expressed this creativity very differently, as opposed to the M3 copy of the ARMS approach as shown in Exhibit 1, pages 49-51.

56. Exhibit 2, pages 6-13, show several software vendor screens for the "Maintenance History" report.  Here again, each vendor has a unique approach to the very same task and has expressed this creativity very differently, as opposed to the M3 copy of the ARMS approach as shown in Exhibit 1, pages 70-72.

57. Exhibit 2, pages 2-5, show several software vendor screens for the "Projection of

Maintenance."  Here also, each vendor has a unique approach to this very same task and has

expressed this creativity very differently, as opposed to the M3 copy of the ARMS approach as

shown in Exhibit 1, pages 77-80.

58. Ms. Frederiksen keeps referring to a supposedly limited number of "71 files" that were in

the L-3 library.  As noted above, this is a false figure.  I personally observed on or about

September 1, 2003 approximately 600 ARMS source code files on the L3 computer to which I

was given remote access in my examination with Hector Arce.   I have personally examined the

following documents provided by L3 and have matched them to their ARMS counterparts. This

list is based on the approximately 100 pages out of the more than 10,000 pages supplied that

were not marked "attorney's eyes only" that I was given access to review.  Exhibit 1, attached,

has the results and are as follows identifying the M3 and the ARMS report or screen that M3

copies.  In each case, I have personally inspected the documents and seen that each L-3 report or

screen copies the ARMS report/screen, all of which were copyrighted by Airframe:

| L3 BATES NUMBER | EXHIBIT I PAGE NBR | ARMS PROGRAM/SCREEN NAME | FUNCTION |
|---|---|---|---|
| a.  L3IS – MA2 09827 | 1 - 4 | ZMN050 / SCRN02 | SQUAWK ADD |
| b.  L3IS – MA2 09828 | 5 - 7 | ZMN050 / SCRN03 & 04 | SQUAWK INQUIRY |
| c.  L3IS – MA2 03392 | 8 - 11 | ZMN065 | SQUAWK REPORT |
| d.  L3IS – MA2 03280 | 12 - 14 | ZMN190 | RELIABILITY UTILIZATION REPORT |
| e.  L3IS – MA2 03405 | 15 - 17 | ZMN190 | AIRCRAFT UTILITZATION SUMMARY |
| f.  L3IS – MA2 03273 | 18 - 20 | ZMN075 | NON-SCHEDULED COMPONENT REMOVALS |
| g.  L3IS – MA2 03276 | 21 - 24 | ZMN065 | MMM  SQUAWK REPORT |
| h.  L3IS – MA2 03401 | 25 - 28 | ZRT020 | MMM TIME APPLIED TO AIRCRAFT REPORT |
| i.  L3IS – MA2 03397 | 29 - 32 | ZRS835 | MMM KIT REPORT |
| j.  L3IS – MA2 09804 | 33 - 35 | ZRT240 / SCRN02 | M3  ROTABLE CHAIN LIST REPORT SELECTION |
| k. L3IS – MA2 0980 | 36 - 38 | ZRT241 | MMM ROTABLE CHAIN LIST |
| l. L3IS – MA2 09814 | 39 - 41 | ZRT060 / SCRN01 | TIME  APPLIED TO AIRCRAFT INQUIRY |
| m. L3IS – MA2 03402 | 42 - 44 | ZIS015 | M3  AIRCRAFT TYPE INSPECTION NAMES |
| n.  L3IS – MA2  03399 | 45 - 48 | ZIS105 | M3 INSPECTION REPORT |
| o. L3IS – MA2  03400 | 49 - 51 | ZIS040 | M3 INSPECTION RESULTS |
| p. L3IS – MA2 03396 | 52 - 54 | ZRT045 | M3 ??? PARTS PROJECTION by DATE |
| q. L3IS – MA2 03393 | 55 - 59 | ZRT241 | M3 ???? ROATBLE PARTS LIST |
| r. L3IS – MA2 03275 | 60 - 63 | ZMN125 | COMPONENTS BY ATA CHAPTER |
| s.  L3IS – MA2 03395 | 64 - 66 | ZRS825 | ADD/UPDATE ATA CODES |
| t.  L3IS – MA2 09806 | 67 - 69 | ZRS030 / SCRN04 | PART SEARCH BROWSER |
| u. L3IS – MA2 03394 | 60 - 72 | ZMN025 | M3 AIRCRAFT MAINTENANCE HISTORY |
| v. l3IS – MA2 003398 | 73 - 76 | ZRS384 | M3 KIT DETAIL REPORT |

| w. L3IS – MA2 03259 | 77 - 80 | ZRT045 | PROJECTION OF INSPECTIONS/COMPONENTS |
| x. L3IS – MA2 09816 | 81 - 85 | INVENT, MAINT, CMPCTL, INSPEC | MMM – MAIN MENU menus |

59. Exhibit 1, pages a, c, h, q, v and w each have a sample from LIAT (the Antigua Airline) of another vendor's Maintenance &Engineering system output to show a competing organizational approach to the same tasks.  As the ARMS/M3 reports and screens differ markedly from the similar LIAT functions, it is evident that the ARMS presentation copied by L-3 infringes on a unique creative organizational structure adopted by Airframe.

60. Exhibit 2, attached, shows several other examples of other developers' creative approaches to the same tasks that ARMS provided tools for the end user to use.

**Uniqueness of ARMS Copied by L3 into the M3 Programs**

61. Each of the following subparagraphs described the table shown in paragraph 58 above by its item letter – e.g. "a", "b", etc. -- along with those items that are unique to the ARMS implementation copied by L-3.

a.  As to the file matches on subparagraph "a", the aviation industry does *not* use the term "Reference Number" when referring to Squawks.  ASI implemented the use of "Reference Number" as a means of allowing multiple "problems" to be uniquely defined on a single Squawk report.  L-3's copying of this term takes a uniquely chosen reference point utilized only by ARMS.

b.  As to the file matches on subparagraph "b", the use of "Squawk Type" allows the user to separate Squawks reported by cockpit crew, cabin crew and mechanics.  The industry only tracks "Pilot Squawks" and does *not* use the broader categorization "Squawk Type" as used by ARMS and copied by L-3.  Similarly, the use of "MX-CD" on a Squawk was ASI's method of relating what type of part repair or replacement was performed in order to rectify the problem reported by the crew.  I am not aware of any competing Squawk

program that shows the parts used in the corrective action on the Squawk itself or of the warehouses that they came from.  L-3's copying of this from the ARMS program is a taking of ARMS creative terminology.

c.   As to the file matches on subparagraph "c", the "presentation" sequence used in ARMS allows the user to trace the flow of events visually.  This is a unique means chosen by ARMS to present this information, as demonstrated by the examples from LIAT, Exhibit 1, and those from other vendors in Exhibit 2, none of which use the "presentation" sequence.

d.   As to the file matches on subparagraph "d", this is an exact copy of the entire report format including the ARMS report number of ZMN190.  This nomenclature allowed the ASI support person to know that it was written in RPG II, belonged to the maintenance library, and it's sequence in development.  ZMN190 is a completely fanciful term invented by Airframe and its appearance in M3 demonstrates direct copying by L-3 of the ARMS copyrighted material.

e.   As to the file matches on subparagraph "e", this shows where M3 took the data from the reports described in subparagraph 61(d) above and put it into a grid with no other significant changes.  Again, an example of direct copying from the ARMS copyrighted reports.

f.   As to the file matches on subparagraph "f", this is again an exact copy of the ARMS report ZMN075.  This nomenclature allowed the ASI support person to know that it was written in RPG-II, belonged to the maintenance library, and its development sequence. Here again, the report is identical and also uses the same fanciful designation ZMN075 as arbitrarily chosen by Airframe.

g.  As to the file matches on subparagraph "g", this is an example of an almost exact copy of the ARMS report ZMN065 with only minor heading changes leaving all of the substantive material identical as in the ARMS version.

h.  As to the file matches on subparagraph "h", ARMS uniquely keeps track of the number of adjustments made to an "Apply Time" record.  The rest of the industry keeps *multiple* records for each new change while the ARMS report allows changes to a record *already* entered, a unique approach taken only by Airframe.  The ARMS report in subparagraph "h" is also unique in that it uses the "Apply Time" function to perform airframe adjustments.  No other system that I am aware of uses the apply time function to accomplish this.

i.  As to the file matches on subparagraph "i", These Kit reports are virtually identical with the exception that ARMS used the symbol ">" for identification of  levels of kits where M3 used a "_".  No substantive change is made to this copyrighted ARMS material.

j.  As to the file matches on subparagraph "j", "Rotable Chain" reports as used by the rest of the industry are *not* segregated by the use of "Hard Time" and "Condition" monitoring, as does the ARMS report and the infringing M3 version.  Also the industry does *not* use the term "Rotable Chain List" - this is unique to ARMS.

k.  As the screen at subparagraph "j" and the matching report "k" exhibit shows, the use by ARMS of the stacking of the "times" data elements to allow the user to see all three elements at a glance, one on top of the other in a single block.  This method of organization is not used by any other supplier of aviation maintenance software.  This three level "stacking" system was our way of maximizing what a user could see from a single report and make quick decisions without having to sort through multiple reports or

report sections and is a unique creative organizational choice by ARMS that has been copied by L-3.

l.  As to the file matches on subparagraph "l", "Apply Time" programs do not usually have a "days" entry column as there is an entry for every day.  ASI added the "days" entry to support some of our customer needs where they did not get data for every day.  This was to support applying time in a bulk fashion for several days at a time, a feature not used in the industry overall and which was copied by L-3 in its M3 program.

m.  As to the file matches on subparagraph "m", the terms "Perform Every" and "Repeat Every" are unique to ARMS.  We added this as a concept to support both kinds of inspection intervals – "perform" on a certain date and "repeat" the function at a certain interval -- from a single program.

n.  As to the file matches on subparagraph "n", the only significant change that M3 made was to use the abbreviation of "FRQ" instead of "MAX" and to relocate a few of the data elements on the page.  All other elements of the ARMS report were copied by L-3.

o.  As to the file matches on subparagraph "o", the same data on the report just shuffled a little with NO substantive changes.  It is a direct copy of the substantive elements of the ARMS report.  It is unusual to have all of the same data grouped in the same manner or the same reports.

p.  See "o" above.

q.  As to the file matches on subparagraph "q", the only change from the ARMS report is the chamge L-3 made in the title from "Rotable *Chain* List" to "Rotable *Parts* List" and the lack of an underline separator under the column heading.  All other elements are identical between the L-3 and the ARMS version.

r.  As to the file matches on subparagraph "r", this is an exact copy of the report including the ARMS report number of ZMN125.  This nomenclature allowed the ASI support person to know that it was written in RPG-II, belonged to the maintenance library, and its development sequence.  No changes exist at all between the L-3 and the ARMS reports.

s.  As to the file matches on subparagraph "s", the only changes between the ARMS and the L-3 report are the titles. All other elements are identical between the L-3 and the ARMS version.

t.  As to the file matches on subparagraph "s", the L-3 report uses the identical implementation of a browser function to research parts, keywords, ATA codes, etc., as the ARMS report.

u.  As to the file matches on subparagraph "u", the L-3 report makes minor changes in report content, but uses all substantive categorical and organizational choices of ARMS.

v.  As to the file matches on subparagraph "v", the L-3 version uses the same data on the report just shuffled a little with no sustantive changes.

w.  As to the file matches on subparagraph "w", the L-3 version uses the same data on the report just shuffled a little with no sustantive changes.

x.  As to the file matches on subparagraph "x", the RPG-II language limited menu names to 6 characters.  In the M3 version, the six character limit is preserved by L-3 as evidenced by the use of in the M3 *same* file terms using the *same* six character sequence, and the *same* precise letters as in the ARMS program.  M3 just copies the terms CMPCTL, MAINT, INSPEC, etc., from the ARMS software even though PHP has no character limitation and can support any other character numbers.   Because L-3 could have chosen any other numerical value for such terms, it is self-evident that by taking the ARMS

terms and using the ARMS character limits, L-3 took the content from the ARMS

programs.  Moreover, in usual programming practice the names should be as descriptive

as possible to aid the user in understanding functionality.  Borrowing the same names

ARMS used indicates the direct taking of the structure and functional system of the

ARMS code by L-3.

I, Gordon S. Rosen, hereby certify this 7th day of June 2010 under penalty of perjury that the

foregoing is true and correct.

/ S /  Gordon S. Rosen

Gordon S. Rosen

## CERTIFICATE OF SERVICE

I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be
sent electronically to the registered participants as identified on the Notice of Electronic Filing
and paper copies will be sent to those indicated as non registered participants on June 7, 2010.

/ S /  Peter B. Krupp

Peter B. Krupp