PROJECT MAINTENANCE

EXHIBIT II

COMPETITIVE SCREENS
AND REPORTS SHOWING
INDIVIDUAL CREATIVE
APPROACHES TO SAME
TASKS.

Proj. Maint.

PROJECT FOTABLE DUE DATE BY PART #

F7 - END OF JOB
User Notes
Quick Notes

PART NUMBER :                              [            ]    [?]
OR ATA CHAPTER: [  ]   SUB: [  ]   PARAGRAPH:  [    ]

START DATE :                    000000 ▦
END DATE :                      000000 ▦

ESTIMATED HOURS/DAY :           000000
ESTIMATED CYCLES/DAY :          0000
PROJECT DAYS (1= YES):          [  ]

ONLY INCLUDE PARTS ON AIRCRAFT:  [  ]

PREFIX ON PART # REQ'D
PRESS TO CONTINUE

ASI →

---

PROJECT FOTABLE DUE DATE BY TAIL #

F7 - END OF JOB
User Notes
Quick Notes

TAIL NUMBER (OR ALL) :           [    ]  [?]

START DATE :                     000000 ▦
END DATE :                       000000 ▦

ESTIMATED HOURS/DAY :            000000
ESTIMATED CYCLES/DAY :           0000
PROJECT DAYS (1= YES):           [0]

INCLUDE INSPECTIONS :            [N]

PRINT EACH INSPECTION ONLY ONE TIME:  [N]

AIRCRAFT TYPE: [ALL][?]   KEEP RESULTS:  [N]

PRESS TO CONTINUE

AS2 →

2

# INFORMATION TECHNOLOGY

*Look and feel we compete with*

⑧



*Swiss-AS's AMOS is a fully-integrated software package that manages the maintenance, engineering and logistics requirements of modern airlines and MRO providers by fulfilling airworthiness standards. Above left is an illustrated parts catalogue, and above right is a shift planning module.*

⑨



*The TRAX Maintenance system, as an example of a fully integrated product, allows complete information flow between the modules in the system.*

out of date, or inaccurate. Adds Butler-Jones: "Maintenix software's sophisticated data checking rules flag these inaccuracies as soon as they enter the system, where previously they may have gone uncorrected. Cleaning the data as it is moved from old systems into Maintenix software is an important factor in ensuring that mechanics and materials managers are not bothered by "bad data" when the new system is turned on."

For John Snow, vice president, marketing & business development at Enigma, avoiding scope creep from the customer is a project management challenge. He reports: "As the implementation progresses, customers often identify additional opportunities for integration and automation. New requirements must be prioritised, and expectations set with the customer, to prevent delays in the initial rollout." Additional functionality can always be added to subsequent projects, points out Snow.

Similarly, Swiss AviationSoftware (Swiss-AS) has found that customers can get carried away with all the options on offer with its AMOS software. CEO Ronald Schaeuffele states: "When it comes to change management some of the project teams get carried away and would like to turn the system upside down without properly understanding the functions of the system. In order to make sure that the project team understands the complexity and potential of AMOS, we have extended the know-how trans-

fer phase for the project team in order to allow them to take well-founded decisions when it comes to defining customisations and/or modifications and enhancements of the system.

"Generally speaking, we highly recommend that new customers start using AMOS "as is" which includes many different options (more than 1,000 parameters steering the inherent processes of the system) and postponing customisations to the after-go-live phase."

## Scope of IT solutions

Customers continue to demand full-suite MRO solutions that combine inventory, engineering, planning, operations, human resources, costing, finance, and billing systems into one suite application. At the same time the solutions must be easier and less costly to implement and run. "However, the level of solution sophistication being demanded by customers is still highly dependent on the customer's organisation and where maintenance fits into their structure. While most organisations are looking for a solution that will cover the breadth of their operations, the depth and level of automation being sought is highly variable," says Butler-Jones.

Today's solutions "must leverage leading edge technology, be standards-based and provide flexibility for future changes," says Terry McNicholas, executive vice president and chief business development officer at InfoTrust

3



Skybooks Sample Maintenance report:



4

# INFORMATION TECHNOLOGY



Maintenance planning has been revolutionised thanks to IT software. In this example, the TRAX Maintenance solution is illustrated.

ship from one operator's software to another 'electronically' will always be difficult.

For Minney, broadly speaking, the most significant current challenge is the lack of capital investments by the commercial airlines in particular, but also across the sector as a whole. He says: "This is driving the MRO software segment to reduce the cost of ownership through a combination of making their software easier to configure, implement and integrate and through providing the software more on a pay-as-you-go model to reduce or eliminate the upfront investment required."

Another factor which is beginning to affect the market is the introduction of new aircraft such as the A380 today and the 787 in the near future. This will raise the possibility of new requirements for managing the onboard software loads or working with the integrated electronic logbook, and will require the incorporation of these 'digital aircraft' within MRO software. The latter requirement will "allow monitoring of the more software-based aircraft 'on-line'," states Reed. These are developments that have been delayed due to the later than expected arrival of the aircraft.

RFID is also a new trend that will become more visible, once airlines start to take-up the standards that the aircraft manufacturers have now finally agreed. However, Swiss-AS is wary that RFID is just another "over-hyped" functionality that "the MRO industry is unfortunately prone to". Although it is being used more and more, for Schaeuffele it is noticeable that today "there is less demand for this functionality than originally expected". Schaeuffele reports that RFID is being mainly used for user authentication and tool administration, rather than other anticipated functionalities.

## Next steps

The newest MRO software solutions must not only meet today's industry standards but also provide the foundation for future requirements. This means that the software must be adaptable, and quickly at that. In addition, airlines are demanding more streamlined processes from start to finish.

As always, consolidation is another factor which will affect the future of the MRO software market. "[Consolidation] seems to happen around every five years — struggling vendors will either disappear or be sold on, new vendors appear and become a force for a while — time usually filtering out the good ones from the bad ones. The main players still soldier on and increase their customer base," assesses Trax's Reed.

For the software providers, a massive change that could come in the future would be the arrival of a totally new operating system —

recently you can see a trend towards a more integrated approach to business, looking for efficiencies not just within a specific maintenance department, but how that department fits within the entire business structure: from the OEM, to operations, right through to the global supply chain."

One of the fastest growing trends in the MRO industry is the adoption and implementation of content management systems that enable the MRO to provide a more complete service to the customer. McNicholas states: "In today's competitive environment it is not enough to merely do the repair or the overhaul, you need to be able to update the customer data and deliver it along with the service as part of a complete package."

Challenges include more standardisation for certain functions. For example, there are no standards for leased aircraft, so transferring a

Maintenance History

```
      DATE 12/10/09 12.19.04              TEPPER AVIATION                          PAGE -    1
      PROG -                                                                       RPT# 595206
            MH0021  BY PART #          MAINTENANCE HISTORY BY AIRCRAFT
PART #: ALL                           FOR 1/01/06 THRU 1/01/09 FOR ALL TAIL NUMBERS    A/C TYPE: ALL

                                                               ISSUE    DATE     DATE  RECPT
TAIL  PART #                      DESCRIPTION      SERIAL #     NO.     ON       OFF   NO.         COST
-------------------------------------------------------------------------------------------------------
5027                                               E90976      01996  11/26/08                     .00
             TOTAL $ FOR PART #                                                                    .00

4684  10-211160-6                 CEU EXCITER, IGNITIO  163634   01896   9/23/08                   .00
5027  10-211160-6                 CEU EXCITER, IGNITIO  093119   01984  12/30/08                   .00
             TOTAL $ FOR PART #                                                                    .00

4684  1009350-2                   CEU ACTUATOR, GENEVA  93X221103-B  01901 10/14/08                .00
4796  1009350-2                   CEU ACTUATOR, GENEVA  858803-B     01966  1/06/09                .00
4684  1009350-2                   CEU ACTUATOR, GENEVA  9X7408-B     01905  6/29/08                .00
             TOTAL $ FOR PART #                                                                    .00

4684  102150-0                    CEU VALVE, OUTFLOW    77-2923     01899   9/26/08                .00
             TOTAL $ FOR PART #                                                                    .00

4582  106040-4-1                  CEU VALVE, FLO CONT   P-3316     01863   5/10/08                 .00
             TOTAL $ FOR PART #                                                                    .00

4684  109710-2-1                  CEU VALVE, LOAD CONT  13356     01906   9/02/08                  .00
4684  109710-2-1                  CEU VALVE, LOAD CONT  13356              12/21/08  05257         .00
4684  109710-2-1                  CEU VALVE, LOAD CONT  P-7069    01989  12/31/08                  .00
             TOTAL $ FOR PART #                                                                    .00

5027  123310-010-01               CEU PUMP,FUEL, DUMP   D-19305   01674   5/10/08                  .00
             TOTAL $ FOR PART #                                                                    .00

4582  18-1103                     CEU INDICATOR, HYD P  6033      01864   6/10/08                  .00
             TOTAL $ FOR PART #                                                                    .00

4682  202430-4-1                  CEU TURBINE, A/C FLT  102-266   01909  10/27/08                  .00
             TOTAL $ FOR PART #                                                                    .00

5027  22007216                    CEU GEARBOX, REDUCTI  CA6650184          4/21/08  04432          .00
             TOTAL $ FOR PART #                                                                    .00

4684  25720002-04                 CEU VALVE, ANTI-ICE   4093622   01369   1/26/08                  .00
             TOTAL $ FOR PART #                                                                    .00

4684  25720042-03                 CEU VALVE, SHUTOFF V  0010416   01952  11/09/08                  .00
4796  25720042-03                 CEU VALVE, SHUTOFF V  7111366   01883   6/30/08                  .00
             TOTAL $ FOR PART #                                                                    .00

4796  2808-02-1                   CEU IMS CDU           53        01826   9/15/08                  .00
             TOTAL $ FOR PART #                                                                    .00

5027  2CN353C1M                   CEU GENERATOR, ENG D  DL-8      01895  10/27/08                  .00
             TOTAL $ FOR PART #                                                                    .00
```



Skybooks Sample Maintenance report:









CORRIDOR® is designed for aviation service providers in the service pipeline:

- R&O Facilities
- Service Centers
- Repair Stations
- Fixed Based Operators
- MRO Shops
- Flight Departments
- Aircraft Management Companies
- Aircraft Charter & Fractional Ownership Companies

CORRIDOR® works in conjunction with all of the core services being provided and dramatically improves process and information flow throughout your organization.

9



Pentagon Tracing Components:



## AIRCRAFT MAINTENANCE

### Maintenance-X and XL

Track and execute scheduled, on-condition and corrective maintenance
SQWKS/Cards Management (time & materials) (See below)
Fully integrated with aircraft maintenance tracking
Interfaced to Microsoft® Project
Record point-of-maintenance events
Integrated parts requisitions and parts booking
Labor overtime and shifts management
Assign labor and parts against specific Task/Card
Integrated with invoicing for progress billing
Wireless & RF data entry from maintenance line
Bar-Coded time collections
Produce unlimited, routine, non-routine job cards per aircraft
Integrated internal / external repair and overhaul modules
Equipment & Tools assignments
Complete on-line maintenance history
Run multiple aircraft maintenance activities simultaneously

10

# INFORMATION TECHNOLOGY



Maintenance planning has been revolutionised thanks to IT software. In this example, the TRAX Maintenance solution is illustrated.

recently you can see a trend towards a more integrated approach to business, looking for efficiencies not just within a specific maintenance department, but how that department fits within the entire business structure: from the OEM, to operations, right through to the global supply chain."

One of the fastest growing trends in the MRO industry is the adoption and implementation of content management systems that enable the MRO to provide a more complete service to the customer. McNicholas states: "In today's competitive environment it is not enough to merely do the repair or the overhaul, you need to be able to update the customer data and deliver it along with the service as part of a complete package."

Challenges include more standardisation for certain functions. For example, there are no standards for leased aircraft, so transferring a

ship from one operator's software to another 'electronically' will always be difficult.

For Minney, broadly speaking, the most significant current challenge is the lack of capital investments by the commercial airlines in particular, but also across the sector as a whole. He says: "This is driving the MRO software segment to reduce the cost of ownership through a combination of making their software easier to configure, implement and integrate and through providing the software more on a pay-as-you-go model to reduce or eliminate the upfront investment required."

Another factor which is beginning to affect the market is the introduction of new aircraft such as the A380 today and the 787 in the near future. This will raise the possibility of new requirements for managing the onboard software loads or working with the integrated electronic logbook, and will require the incorporation of these 'digital aircraft' within MRO software. The latter requirement will "allow monitoring of the more software-based aircraft 'on-line'," states Reed. These are developments that have been delayed due to the later than expected arrival of the aircraft.

RFID is also a new trend that will become more visible, once airlines start to take-up the standards that the aircraft manufacturers have now finally agreed. However, Swiss-AS is wary that RFID is just another "over-hyped" function-ality that "the MRO industry is unfortunately prone to". Although it is being used more and more, for Schaeuffele it is noticeable that today "there is less demand for this functionality than originally expected". Schaeuffele reports that RFID is being mainly used for user authen-tication and tool administration, rather than other anticipated functionalities.

## Next steps

The newest MRO software solutions must not only meet today's industry standards but also provide the foundation for future require-ments. This means that the software must be adaptable, and quickly at that. In addition, air-lines are demanding more streamlined processes from start to finish.

As always, consolidation is another factor which will affect the future of the MRO software market. "[Consolidation] seems to happen around every five years — struggling vendors will either disappear or be sold on, new vendors appear and become a force for a while — time usually filtering out the good ones from the bad ones. The main players still soldier on and increase their customer base," assesses Trax's Reed.

For the software providers, a massive change that could come in the future would be the arrival of a totally new operating system —



# Document Vault

*The SkyBOOKS Document Vault provides you with a secure, paperless, yet fully searchable storage facility for all your aircraft maintenance documentation.*



**Safe and Protected:** The contents of the SkyBOOKS' Document Vault are maintained behind a double firewall and stored within password protected accounts. Full taped backups of the vault's contents are recorded each day and maintained off-site within a sealed bank vault.

**Always Available:** Through a simple internet connection, the full complement of your aircraft maintenance records are available to you or your maintenance crew 24 hours a day from anywhere in the world.

**Easy to Use:** Your maintenance records are kept in clearly marked folders that correspond to specific logbooks or contents, such as airworthiness directives, service bulletins, work orders, parts tags, etc. Each stored document is indexed, which enables and facilitates specific searches.

**Value Added:** As virtual documents stored behind several layers of security, your maintenance records are protected from loss and destruction. Preserving this complete and unbroken record of all historic and current maintenance actions ensures that the value of your aircraft remains uncompromised.

*"Protects residual value and eliminates waste from lost component history"*

12

Software Screenshot - AMICOS - Aviation and Aerospace                                                                1



Vendor Login | List a Product

SEARCH

Product: AMICOS

## AMICOS Screenshot from AMICOS

A sample screenshot of the parts-history search screen.



| Insurance Agency Software | Manufacturing Download | Paypal - Online Invoices |
|---|---|---|
| Software for agents and wholesalers P&C, L&H, Benefits & all LOB's | ERP/MRP, Shop Floor to Top Floor; Download a Free White Paper. | Easily Create and eMail Invoices. Get paid easy and fast. Learn More! |
| www.Terrace.com/abs.htm | Mfg-Resource-Center.Plex.com | paypal.com |

© SoftScout 1999-2009    Privacy Policy    Terms Of Use    Contact SoftScout

Maintenance History Detail

14

History

```
            PRINT PART/SERIAL HISTORY                    F7-END OF JOB
                    SELECTION                            F10-TO CONTINUE
                                                         User Notes
                                                         Quick Notes

PART NUMBER: [                          ] [?]

SERIAL NUMBER: [              ]

FOLLOW EXCHANGE PATH IF ANY:    [ ]

OR DATE FOR SCREEN DISPLAY:  [000000] [▦]

                NO PRE-FIX ON PART #
                [ PRESS TO CONTINUE ]
```

```
            PART USAGE/RMO REPORT                        F7-END OF JOB
                    SELECTION                            User Notes
                                                         Quick Notes

        MONTH END DATE (MMDDYY):      [000000] [▦]

        SELECT ISSUE TYPES:     [✓]      01 - TO AIRCRAFT

                                  [N]    02 - DEF/RET TO VENDOR

                                  [N]    04 - TO INSPECTION

                                  [N]    05 - TO BORROW/LOAN

                                  [N]    07 - TO REPAIR

                                  [N]    09 - TO SALES

                                  [N]    10 - TO SCRAP

                                  [N]    11 - TO SHOP
                                         SUPPLY

                                  [N]    12 - TO SUSPENSE

                                  [N]    16 - TO A/C MOD

                                  [N]    17 - TO LOCATION

                                  [N]    19 - TO N/A/E

                                  [N]    21 - TO PART REQUISITION

PRINT USAGE REPORT: [✓]              PRINT RMO REPORT: [✓]
WAREHOUSE (OR ALL): [ALL]            AIRCRAFT TYPE (OR ALL): [ALL]
KEEP RESULTS: [N]
            [ PRESS TO CONTINUE ]               WHSE NOT AUTHORIZED
```

DATE 17/12/09 14.05.02                                   LIAT (1974) LTD                                              PAGE -     1
PROG -                                                                                                                RPT# 960064
            2RT075                                      PART/SERIAL HISTORY

T NUMBER: 38E962E                              SERIAL NUMBER: RF1718                        FOLLOW EXCHANGES: N

                              KAE PART NUMBER           WORK
DATE  TYPE  FROM   TO   PO/RO  TAIL            ORDER  ITM  TASK ID           PART NUMBER              SERIAL NUMBER  EXCH
-----------------------------------------------------------------------------------------------------------------------------
12/09  RCPT    91                                                           38E962E
                                                                                                     RF1718

16



Pentagon parts screen:





Figure 2 - InService EPC: Parts Catalog Viewer



## Key features

* Complete sales and service information delivered by serial number, product line, model and options

* Administrator tools to generate and automatically distribute catalog product and service updates

* Open architecture enables integration with back-office applications such as warranty, diagnostics, inventory and ERP systems

* Choice of DVD, Web/online or print distribution packages, with incremental updates

* Illustrated parts catalog displays a parts list and assembly illustration together with dynamic part information (pricing, location, availability).

* Support for multiple data formats including tables, text, graphics and video

* Shopping carts, lists and e-commerce integration to streamline and automate the parts ordering process

* Search functionality that enables simple or advanced searches according to free text, serial number, part number, description, product type, family and model.

* Parts lists, alternative parts and assembly views that provide parts managers, service technicians and sales personnel with the information they need

* Part cards display detailed information regarding the selected part, such as price, cost, quantity in stock, quantity on order and warehouse location (BIN).

* On-the-fly creation and viewing of collaborative e-notes for maintenance and feedback

* Bookmarks and history to save and recall model, assembly and serial number filtering, allowing users to quickly return to previously viewed parts or product information

Figure 3 - InService EPC: Shopping Center



For more information please contact InfoUS@enigma.com, or visit our web site at www.enigma.com

Copyright © 2008 Enigma Information Retrieval Systems, Inc. All rights reserved.




enigma
200 Wheeler Road
Burlington, MA 01803  USA
Toll-free: 888.364.4624
Fax: 781.273.4400
www.enigma.com

INSPECTION RESULTS

19

AIRCRAFT INSPECTION RESULTS
OPTIONS

F1
F10
User Notes
Quick Notes

ADD NEW INSPECTION RESULTS

CHANGE INSPECTION RESULTS

DELETE INSPECTION RESULTS

INQUIRY

END OF JOB

---

AIRCRAFT INSPECTION RESULTS
CHANGE

F1-RETURN TO OPTION SCREEN
F10-OVERRIDE PKG #
User Notes
Quick Notes

TAIL NUMBER :
INSPEC/CHK NAME :
DATE INSPECTED :        000000
LOCATION DONE AT :
PACKAGE NUMBER:        000

PRESS TO CONTINUE

20

INSPECTION/CHKS BY TAIL
CHANGE

TAIL #: 101    R/C TYPE: 08    INSPEC: A CHECK

DESCRIPTION: A CHECK                              ZERO RESET: Y

TIME LAST APPLIED ON: 2/01/03 FOR THIS INSPECTION

CURRENT:                HOURS      CYCLES      DRYS
0000143   00000   00000

                        0000143    00000    00000

                        0001400    000000   00000

        THIS INSPECTION HAS BEEN PERFORMED    00000   TIMES
        LAST ACCOMPLISHED ON: 0/00/00

                                # DRYS TO ACCOMPLISH:    000

        TERMINATE INSPECTION:   ☐

                PRESS TO CONTINUE

F1
F9
F8
F10
F23
What's New Bulletin
User Notes
Quick Notes

ASI →

21

Quantum Component screen shots and info.                    mailbox:///C|/Documents%20and%20Settings/Default%20Use...

INSPECTION check INfO.

⑥

16 of 20                                                    11/18/2009 1:31 PM

Quantum Component screen shots and info.          mailbox:///C|/Documents%20and%20Settings/Default%20Use...

⑥     Inspection details etc:

This all I could find on compliance, it appears that this software integrates with a service that keeps AD and SB directives current and up to date:

*CAMP*     **CAMP Integration**

The Quantum / CAMP integration module allows Quantum Control users to increase regulatory compliance by providing real-time Internet access to maintenance specifications, revisions, service bulletins and airworthiness directives for each specific aircraft through the web-based CAMP Maintenance Management system. With two-way integration, the two software packages work seamlessly, allowing users to populate the Quantum Work Order system from the CAMP generated maintenance schedule, and launch all jobs from a single flagging screen.

SQUXUMS + TASK CARDS

UPDATE SQUAWK                    CHANGE

TAIL #: 920      TYPE: M   REF: 1002   RTR: 00 -00 -00
BPTD BY: 000000002   ON: 1/05/08   BMS TYPE:   #:   DEF DATE:   1/05/08

SQUAWK
STARTER GENERATOR DOESNT GENERATE OR START

CORRECTIVE ACTION
PART NUMBERS        DISM   SERIAL NUMBERS        CORR ON: 000000
                                                URN DEF#: 00000

                                                FXD BY: 000000000
                                                INSP 1: 000000000
                                                     2: 000000000

PRESS TO CONTINUE

---

SQUAWK REPORT/UTIL
SELECTION

START DATE :        000000
END DATE :          000000

TAIL # (OR ALL) :        ?
AIRCRAFT TYPE :        ?     KEEP RATE RESULTS: N

ENGINE P/N:                    ?

TAIL DETAIL UTIL:
UTILIZATION RPT:
UTIL SUMMARY:
GRPH REV AIR TIME:
GRPH DAILY UTIL:           SQWK BY ATA:
GRPH CYCLES USED:          SQWK BY ATA RATE:
GRPH FLT TIME/CYC:         GRPH TOP TEN ATA:
GRPH REV FLT TIME:         GRPH SQWK ATA:
GRPH RV DEPARTURS:         GRPH DSPTCH REL:

NO PRE-FIX ON PART #
PRESS TO CONTINUE

F1
F2-PROBLEM DEF
F10
User Notes
Quick Notes

F7-END OF JOB
User Notes
Quick Notes

25

Task Card

UPDATE JOB INSTRUCTION CARDS
OPTIONS

ADD NEW JOB CARD

CHANGE EXISTING JOB CARD

DELETE EXISTING JOB CARD

INQUIRY

REPLICATE A CARD

SIGNATURE LINES

END OF JOB

F1
F6
F8
User Notes
Quick Notes

UPDATE JOB INSTRUCTION CARDS
CHANGE

TASK ID: 001          - 01     SEQ:          ISSUE DATE: 100908
R/C TYPE: 30     SRC REF:                    CATEGORY:
                                             PRIORITY:
JOB REF: 000000                              WORK ZONE:
SECTION: 000 -000                            STATION: 0000 -0000

ONE-TIME CARD: N

-------JOB SUMMARY-------                    ISK      --INTERVAL--
Landing Gear Inspection
-------INSTRUCTIONS-------                        -----REMARKS------
Check Gear and Strut for cracks.

PRESS TO CONTINUE

F1-RETURN TO OPTION SCREEN
F6-SCROLL FORWARD
F8-SCROLL BACKWARD
User Notes
Quick Notes

26



# Maintenance Tracking

*The SkyBOOKS MX Tracking program provides unsurpassed visibility to all aspects of your aircraft service data. Enhanced with color-coded dashboards, intuitive reporting options, continuously updated status information, dedicated ADs, SBs, Inspections, and Discrepancies/MEL sections, and an automated task card system, SkyBOOKS provides a truly comprehensive maintenance tracking suite.*

Fully Sortable Color-Coded Due List Displaying Customized MX Schedules Based on Your OEM's Ch. 4,5 and 12 Requirements or individual AAIP.

- Component History Cards
- Reports
- Time Limited Tracking
- Summary Task Cards



### Maintenance Due List



### Sample Summary Task Card/Logbook Entry



**MX Item Tracking:** The SkyBOOKS MX Due List displays all maintenance items recorded for your aircraft and references each against the applicable OEM manual guidelines or those from a customized program such as AAIP. Colored stop-lights (Red, Yellow, and Green) indicate the current status of each item sequenced by the stated interval or next compliance cycle.

**Automation:** Automatically populate task cards directly from the MX Due List. Once the listed tasks are completed, the signed and dated cards can serve as your logbook entry.

### Sample Predictive MX Report

**Reporting:** SkyBOOKS MX Tracking features a variety of reporting solutions that include the: Predictive Maintenance; Maintenance Program, Component List, and Aircraft Usage reports.

**Documents:** SkyBOOKS enables you to attach supporting documents to both components and maintenance requirements. Use this feature to keep each component's current history card immediately accessible.

**Global Access:** Your Aircraft Maintenance records are always available and accessible through an Internet connection from anywhere in the world.

### Link to Component History Card



*"Proactive MX management reduces down time and associated expenses"*

Case 1:08-cv-11940-WGY   Document 90-2   Filed 06/07/10   Page 27 of 29

Quantum Component screen shots and info.    mailbox:///C|/Documents%20and%20Settings/Default%20Use...

⑥ *I think this would be equivalent to our task cards/squaw.*

Quantum Control Manufacturing (User: SYSDBA) - [Mfg Order 160]

User   View   Modules   Reports        Navigation   Window   Help   **StockMarket**   QUE

| | MO #: 160 | | PN: 65C27021-359 | | Rev: A |
| --- | --- | --- | --- | --- | --- |
| | Status: Delay | | Customer: AAA Part Purchasing | | Priority: Critical |
| | Total Qty Required: 30 | | Qty Can Build: 2 | | Open: 5/26/2005 |
| | Total Qty Filled: 15 | | Blueprint: DWG - 65C27021-358 | | Need By: 7/30/2005 |
| | Total Qty Remaining: 15 | | Product Line: 65C27021-359 (REV A) | | Est Compl: 12/27/2007 |

Manufacturing Assembly Tree
- 65C27021-359 : BRACKET A
  - 65C27021-451 : BRACKE

Large Rows    **Tasks**    Status Filter: ☑ Pending  ☑ Open  ☑ Delay  ☑ Close

| T | Status | Inspct | OSP | Seq | Task Description | Operation Text |
| --- | --- | --- | --- | --- | --- | --- |
| ▶ | In Process | | | 10 | CHECK INVENTORY | RFQ AND PURCHASE LOW INVENTORY |
| | Approved | √ | | 20 | MATERIAL VERIFY | VERIFY MATERIAL IS CORRECT PER DR |
| | In Process | √ | √ | 30 | APPLY PRIMER SEALANT TYPE III | MASK HOLES SEE DWG FIGURE 1a AND |
| | Delay | | | 40 | BUILD SUB-ASSY | MAKE 65C27021-451 BRACKET |
| | Parts Delay | | | 50 | ASSEMBLE COMPONENTS | |

Bill of Materials | Labor | Inspection | Skills | Tools | Instructions | Charges | Specifications |

| | Complete | Part Number | Description | Activity | Qty Per As |
| --- | --- | --- | --- | --- | --- |
| ▶ | √ | BACQ29V2HG02B | NUTPLATE | Consumable | |
| | √ | BACR31NS02C | RIVET | Consumable | |

**Task Notes**

↻  MO | Production Mgt | Add | Edit | Delete | View | Tool Rsv | BOM Misc Options | PO Srvc Charge | Task | Task Inspection | OSP Mean Part | Status | Notes | Global

Module XIV, Segment 1: "Introduction to Quantum Control Manufacturing"

▶ ❙❙ ■        05:40 / 11:33

*28*

Resource Maintenance

"Post Master"

29