



RESOURCE MAINTENANCE CHANGE

F1
F7
F10
User Notes
Quick Notes

P/N: 00070139 SRC DOC: R.S.R. CODE:

WHSE: CEU A/C TYPE: 30 ATA: 00 - 00 - 00 REQ BTCH#:

DESCRIP: tool pouch SHELF/BIN : /

Q-O-HAND : 0000000 EXP: Y ROT: N RE-ORD LEV: 00000 #/AC: 000

Q-I-REPR : 000 HAZ: N RSTD ISS: N RE-ORD QTY: 00000 RLT: 00000

Q-I-SUSP : 000 REPAIR?: B KEY WORD: tool pouch

Q-O-ORD : 0000000 AOG: N MEL: N TYPE: UNIT/ISSUE: EA

Q-I-ADVEX: 00 CURRENT PO#: L/PO: # SPRS: 00000

ASE → VENDOR 1: ? TYPE: B

SUPPLIER: ? REL ALERT: 00000 ATA:

REPAIR : ? SHELF LIFE 303 MONTHS

TYPE OF CYC: DAYS: A KRE MANDATORY: N PART DSGN: WHSE

RCT INS: SPRCD:

RMV INS: SPRCS:

PHY CYCLE #: 00 SUBST:

G/L ACCT: 00000000 CURR PRC: 000000000000 AVG PRC: 000000000000 PRC BRK: N

TAXABLE: N NEW SALE PRICE: 000000000 USED SALE PRICE: 000000000

TRACK BY HOURS? (#): 0000000 N CYCLES? (#): 00000 N DAYS? (#): 00000 N

LIFE LMT HOURS? (#): 000000000 CYCLES? (#): 0000000 DAYS? (#): 00000

NOTES: AVG VENDOR LEAD TIME: 0000000

IPC: #RPR: 0000000 AV/CST: 000000000000 LT: 0003000

PRESS TO CONTINUE

30

Pentagon parts screen:



Pentagon inventory parts library screen:

Sample Screens & Docs

Pentagon parts trend analysis screen:

Sample Screens & Docs



# Inventory

***The SkyBOOKS Inventory Module is customizable, allowing users to design their inventory to fit one or many types of operations across multiple business units.***

## FEATURES

**Customers can** quickly and easily add, track, edit and expand components, consumables and tools from their inventory.

**The Inventory Module** interfaces directly with the SkyBOOKS system allowing visibility to components installed on aircraft currently tracked in SkyBOOKS.

**The ability to** quickly and easily define custom locations for uninstalled components, consumables and tools to fit multiple operations.

**In addition to** detailed component information, users are able to track disposition, condition, cores, warranty information, shelf life, stocking levels and the costs associated with them by user defined alerts.

**Vendor information** will be stored and available throughout the system.

**A robust reporting solution** developed to allow users to export inventory data.

**Inventory Transaction Register** tracks the full life cycle of components within inventory.

**Common Maintenance Forms** can be quickly and automatically generated for parts in inventory.

**Customers can manage** and set alerts for calibration requirements associated with tools in inventory.

*"Managed inventory cost less"*



- Home
- OASES Modules
- Closed-loop Maintenance
- Clients
- Services
- About Us
- Contact Us
- Sitemap

**Inventory Control, Purchasing and Demand Handling**

An effective inventory control system is essential if stock levels of expensive components are to be minimised without jeopardising service levels and courting AOG situations. OASES offers such a system, specifically designed to meet the rigorous demands of the aviation industry. Simple to operate but rich in functions, it provides instant access to information on stock level, location, condition and history. In addition, order processing and extensive inventory costing and accounting facilities are provided.

Back to OASES Modules

Home | OASES Modules | Closed-loop Maintenance | Clients |Services | About Us | Contact Us | Sitemap

© Communications Software (Airline Systems) Ltd
8 The Centre, Tiptree, Essex, CO5 0HF, England.
Telephone: +44 (0)1621 817425 Email: info@commsoft.co.uk

34





| Entry Date | Qty Ord | Unit Cost | Vendor Price | CD | T | Company N |
|---|---|---|---|---|---|---|
| 6/2/99 | 1 | 247.410 | 247.410 | NE | P | Argo Air |
| 6/2/99 | 1 | 290.350 | 290.350 | NE | P | Argo Air |

| Entry Date | Qty Ord | Unit Price | Foreign Price | CD | T | Company N |
|---|---|---|---|---|---|---|
| 8/2/99 | 5 | 376.000 | 676.800 | NE | S | Diversi |

| Entry Date | Qty Qtd | Unit Cost | Home Price | CD | T | Company Nam |
|---|---|---|---|---|---|---|
| 8/2/99 | 1 | 266.000 | 266.000 | NE | S | EVERGREEN |
| 5/3/99 | 1 | 290.350 | 290.350 | NE | S | Argo Air ( |
| 5/3/99 | 1 | 247.410 | 247.410 | NE | S | Argo Air ( |

Editing a part number:

35

(6) Part master from Inventory module training video

Selecting or adding manufacturers: from Inventory module training video

36

(6) Inventory Screen, history + current: From training video

Quantum Control (User: TRAIN) - [Inventory Control: 12345-6A]

User View Modules Reports Navigation Window Help

Part | Warehouse

Part Number: 12345-6A
Description: SCREW
Remarks:
Primary App: Mfg: GE
Group: ILS: B Units: EA CUSTSPEC
Type: E Dscnt
NSN

Price Date:
Home LP: 0.00
Mfg. LP USD: 0.00
Serialized:

Stock Qty Totals:

| | In Stock | On Hand | Avl |
|---|---|---|---|
| Total | | 0 | |
| Alts | | 0 | |

Last Found Results:

| Part Number |
|---|

Customer Quote History

| Entry Date | Qty Qtd | Unit Price | Currency |
|---|---|---|---|

Sales Order History

| Entry Date | Qty Ord | Unit Price | Currency |
|---|---|---|---|

Alternate/Cross Reference Detail

| Type | Qty Avl | Qty Oh | Alt Part N |
|---|---|---|---|

Purchase Order History

| Entry Date | Qty Ord | Unit Cost | Vendor P |
|---|---|---|---|

Vendor Quote History

| Entry Date | Qty Qtd | Unit Cost | List Price |
|---|---|---|---|

Stock Summary

| SL # | CD | Qty Avail | Qty OH | Cost |
|---|---|---|---|---|

Find Search View Add Edit Delete Note ILS Direct Quote Xref Kit Recap Price Catalog Summary Capability Global

Inventory Control: 1234!

37

Inspection/Checks by tail

INSPECTION/CHRS BY TAIL

CHANGE

TAIL #: 101 A/C TYPE: 08 INSPEC: A CHECK

DESCRIPTION: A CHECK ZERO RESET: Y

TIME LAST APPLIED ON: 2/01/03 FOR THIS INSPECTION

| | HOURS | CYCLES | DAYS |
|---|---|---|---|
| CURRENT: | 0000143 | 00000 | 00000 |
| ASI → | 0000143 | 00000 | 00000 |
| | 0001400 | 000000 | 00000 |

THIS INSPECTION HAS BEEN PERFORMED 00000 TIMES

LAST ACCOMPLISHED ON: 0/00/00

# DAYS TO ACCOMPLISH: 000

TERMINATE INSPECTION: ☐

PRESS TO CONTINUE

F1
F6
F8
F10
F23
What's New Bulletin
User Notes
Quick Notes

Quantum Component screen shots and info. mailbox:///C|/Documents%20and%20Settings/Default%20Use...

INSPECTION check info.

Quantum Control Manufacturing (User: SYSDBA) - [Mfg Order 160]
User View Modules Reports Navigation Window Help StockMarket QUE
Manufacturing Assembly Tree
65C27021-359 : BRACKET A
65C27021-451 : BRACKE
MO #: 160
PN: 65C27021-359
Rev: A
Status: Delay
Customer: AAA Part Purchasing
Priority: Critical
Total Qty Required: 30
Qty Can Build: 2
Open: 5/26/2005
Total Qty Filled: 15
Blueprint: DWG - 65C27021-358
Need By: 7/30/2005
Total Qty Remaining: 15
Product Line: 65C27021-359 (REV A)
Est Compl: 12/27/2007
Large Rows
Tasks
Status Filters: Pending Open Delay Closed
T Status Inspct OSP Seq Task Description Operation Text
In Process 10 CHECK INVENTORY RFQ AND PURCHASE LOW INVENTORY
Approved √ 20 MATERIAL VERIFY VERIFY MATERIAL IS CORRECT PER DR
In Process √ √ 30 APPLY PRIMER SEALANT TYPE II MASK HOLES SEE DWG FIGURE 1a ANE
Delay 40 BUILD SUB-ASSY MAKE 65C27021-451 BRACKET
Parts Delay 50 ASSEMBLE COMPONENTS
Bill of Materials Labor Inspection Skills Tools Instructions Charges Specifications
Qty Approved Qty Non Cnfrm Qty Scrapped Authorized By Entry Date
12 0 0 SYSDBA 5/26/2005
13 0 0 ANDREW 12/20/2005
Task Notes
MO Production Mgt Add Edit Delete View Tool Rsrv BOM Misc Options PO Srvc Charge Task Task-Inspection OSP-Main Item Status Notes Global

40

16 of 20 11/18/2009 1:31 PM

(6) Inspection details etc:

Quantum Control Manufacturing (User: SYSDBA) - [Production Management Mfg Order: 160, Part Number: 65C270...

User View Modules Reports Navigation Window Help StockMarket QUE

Manufacturing Assembly Tree

- 65C27021-359 : BRACKE
- 65C27021-451 : BRAC

MO: Qty Need: Qty Spare: Tot Qty Required:
Part No: Qty Issued: Qty Rsvd: Currently Built:
Qty Released: Qty on PO: Material Capacity:
Qty From Stock: Completed Inspections:
Qty Can Build:

Show Unfilled Materials — Materials — Show Materials for Sub-Orders

| Complete | Part Number | Description | Activity | Qty Per Assy | Qty Need | Qty |
|---|---|---|---|---|---|---|
| √ | BACQ29VXHG02B | NUTPLATE | Consumable | 1 | 25 | |
| √ | BACR31NS02C | RIVET | Consumable | 4 | 100 | 4 |
| | 65C27021-451 | BRACKET | Assembly | 1 | 25 | |

Stock Activity

| Part Number | Stock Line | Serial Number | Qty Reserved | Qty Issued | Ctrl Id | Ctrl Number | Remarks | Unit Cost |
|---|---|---|---|---|---|---|---|---|
| BACQ29VXHG02B | 1 | | 0 | 5 | 1 | 592 | | 12 |
| BACQ29VXHG02B | 1 | | 0 | 7 | 1 | 592 | | 12 |
| BACQ29VXHG02B | 2 | | 0 | 13 | 1 | 617 | | 57.98 |

Add Edit Delete View Select Stock BOM Misc Global Next Prev Inspect

This all I could find on compliance, it appears that this software integrates with a service that keeps AD and SB directives current and up to date:

CAMP **CAMP Integration**

The Quantum / CAMP integration module allows Quantum Control users to increase regulatory compliance by providing real-time Internet access to maintenance specifications, revisions, service bulletins and airworthiness directives for each specific aircraft through the web-based CAMP Maintenance Management system. With two-way integration, the two software packages work seamlessly, allowing users to populate the Quantum Work Order system from the CAMP generated maintenance schedule, and launch all jobs from a single flagging screen.

41

Task Card

Task Card

UPDATE JOB INSTRUCTION CARDS
OPTIONS

ADD NEW JOB CARD
CHANGE EXISTING JOB CARD
DELETE EXISTING JOB CARD
INQUIRY
REPLICATE A CARD
SIGNATURE LINES
END OF JOB

F1
F6
F8
User Notes
Quick Notes

UPDATE JOB INSTRUCTION CARDS
CHANGE

ONE-TIME CARD: N
TASK ID: 001 - 01 SEQ:
ISSUE DATE: 100908
A/C TYPE: 30 SEC REF:
CATEGORY:
PRIORITY:
MM REF: 000000
WORK ZONE:
SECTION: 000 - 000
STATION: 0000 - 0000

-----JOB SUMMARY----- ISK --INTERVAL--
Landing Gear Inspection
-----INSTRUCTIONS----- -----REMARKS-----
Check Gear and Strut for cracks.

RSI →

PRESS TO CONTINUE

F1 -RETURN TO OPTION SCREEN
F6 -SCROLL FORWARD
F8 -SCROLL BACKWARD
User Notes
Quick Notes

(6) I think this would be equivalent to our task cards/squaw.

Quantum Control Manufacturing (User: SYSDBA) - [Mfg Order 160]

User View Modules Reports Navigation Window Help StockMarket QUE

Manufacturing Assembly Tree
- 65C27021-359 : BRACKET A
  - 65C27021-451 : BRACKE

MO #: 160 | PN: 65C27021-359 | Rev: A
Status: Delay | Customer: AAA Part Purchasing | Priority: Critical
Total Qty Required: 30 | Qty Can Build: 2 | Open: 5/26/2005
Total Qty Filled: 15 | Blueprint: DWG - 65C27021-358 | Need By: 7/30/2005
Total Qty Remaining: 15 | Product Line: 65C27021-359 (REV A) | Est.Compl: 12/27/2007

Large Rows | Tasks | Status Filters: Pending Open Delay Close

| T | Status | Inspct | OSP | Seq | Task Description | Operation Text |
| --- | --- | --- | --- | --- | --- | --- |
| | In Process | | | 10 | CHECK INVENTORY | RFQ AND PURCHASE LOW INVENTORY |
| | Approved | √ | | 20 | MATERIAL VERIFY | VERIFY MATERIAL IS CORRECT PER DR |
| | In Process | √ | √ | 30 | APPLY PRIMER SEALANT TYPE III | MASK HOLES SEE DWG FIGURE 1a AND |
| | Delay | | | 40 | BUILD SUB-ASSY | MAKE 65C27021-451 BRACKET |
| | Parts Delay | | | 50 | ASSEMBLE COMPONENTS | |

Bill of Materials | Labor | Inspection | Skills | Tools | Instructions | Charges | Specifications

| Complete | Part Number | Description | Activity | Qty Per As |
| --- | --- | --- | --- | --- |
| √ | BACQ29VXHC02B | NUTPLATE | Consumable | |
| √ | BACR31NS02C | RIVET | Consumable | |

Task Notes

MO | Production Mgt | Add | Edit | Delete | View | Tool Rsrv | BOM Misc Options | PO Srvc Charge | Task | Task Inspection | OSP Man Item | Status | Notes | Global

Module XIV, Segment 1: "Introduction to Quantum Control Manufacturing"

05:40 / 11:33

44

# Maintenance Tracking

***The SkyBOOKS MX Tracking program provides unsurpassed visibility to all aspects of your aircraft service data. Enhanced with color-coded dashboards, intuitive reporting options, continuously updated status information, dedicated ADs, SBs, Inspections, and Discrepancies/MEL sections, and an automated task card system, SkyBOOKS provides a truly comprehensive maintenance tracking suite.***

Fully Sortable Color-Coded Due List Displaying Customized MX Schedules Based on Your OEM's Ch. 4,5 and 12 Requirements or individual AAIP.
Component History Cards
Reports
Time Limited Tracking
Summary Task Cards

**MX Item Tracking:** The SkyBOOKS MX Due List displays all maintenance items recorded for your aircraft and references each against the applicable OEM manual guidelines or those from a customized program such as AAIP. Colored stop-lights (Red, Yellow, and Green) indicate the current status of each item sequenced by the stated interval or next compliance cycle.

**Automation:** Automatically populate task cards directly from the MX Due List. Once the listed tasks are completed, the signed and dated cards can serve as your logbook entry.

**Reporting:** SkyBOOKS MX Tracking features a variety of reporting solutions that include the: Predictive Maintenance; Maintenance Program, Component List, and Aircraft Usage reports.

**Documents:** SkyBOOKS enables you to attach supporting documents to both components and maintenance requirements. Use this feature to keep each component's current history card immediately accessible.

**Global Access:** Your Aircraft Maintenance records are always available and accessible through an Internet connection from anywhere in the world.

### Maintenance Due List

### Sample Summary Task Card/Logbook Entry

SKYBOOKS

### Sample Predictive MX Report

SKYBOOKS

Predictive Maintenance Report

### Link to Component History Card

Component/Requirement Documents
* Component Documents *
HISTORICAL SERVICE RECORD LOWER PLATE ASSEMBLY 406-010-117-125 AZ 311 [3284 1416].pdf
010-117-125
010-126-113
010-107-103

***"Proactive MX management reduces down time and associated expenses"***

45

Warranty

Warranty

GUARANTEE/WARRANTY
CHANGE

GUARANTEE/WARRANTY #: 001

P/N: C3103252-3

SERIAL NBR: 1-12112-895

VENDOR NUMBER: 1528

DATE RECEIVED: 050508

GUARANTEED/WARRANTEED FOR

HOURS: 0000100

CYCLES: 0000

DAYS: 00000

STARTING WITH

HOURS: 0000000

CYCLES: 0000

DAYS: 00000

TERMS: 12 MONTHS FROM DATE OF PURCHASE

CONTROL TAG #:

ATA CHAP: 00

EXCHANGE SER #:

TEXT:

PRODUCTS TO BE FREE OF DEFECTS IN MATERIAL AND WORKMANSHIP UNDER NORMA

WARRANTY APPLIES ONLY WHEN SUCH DEFECTIVE PARTS

ARE RETURNED TO US, OR OUR AUTHORIZED SERVICE DEPOT

TRANSPORTATION PREPAID, AND SUBJECT TO OUR INSPECTION APPROVAL.

LIABILITY IS LIMITED TO REPAIR OR REPLACEMENT OF MATERIAL

PRESS TO CONTINUE

F1

User Notes

Quick Notes

ASI →

GUARANTEE/WARRANTY

XCHANGE

GUARANTEE/WARRANTY #: 001

P/N: C3103252-3

SERIAL NBR: 1-12112-895

VENDOR NUMBER : 1528

DATE RECEIVED: 050508

GUARANTEED/WARRANTIED FOR

HOURS : 0000100

CYCLES: 0000

DAYS : 00000

STARTING WITH

HOURS : 0000000

CYCLES: 0000

DAYS : 00000

TERMS: 12 MONTHS FROM DATE OF PURCHASE

CONTROL TAG #: ATA CHAP: 00 EXCHANGE SER #:

NS2 →

TEXT: PRODUCTS TO BE FREE OF DEFECTS IN MATERIAL AND WORKMANSHIP UNDER NORMA
WARRANTY APPLIES ONLY WHEN SUCH DEFECTIVE PARTS
ARE RETURNED TO US, OR OUR AUTHORIZED SERVICE DEPOT
TRANSPORTATION PREPAID, AND SUBJECT TO OUR INSPECTION APPROVAL.
LIABILITY IS LIMITED TO REPAIR OR REPLACEMENT OF MATERIAL

PRESS TO CONTINUE

F1

User Notes

Quick Notes



# Warranty Tracking

***Keeping track of component warranties is a snap with SkyBOOKS!***

**Connect warranty information** directly to covered components and then track the warranty period in the vendor's recommended manner.

**Keep warranty documents** at your fingertips by attaching digitalized copies to the warrantied component.

**Simplify the addition** of new warranty items by effortlessly maintaining a vendor database.

**Generate Warranty Reports** with a single mouse-click.

**Check Warranty Status** with a glance at the color-coded status alerts.

**Customers can quickly** view and add vendor information specific to their warranties.

**Warranty items can** be tracked by a specific interval, date or up to three meter tracking intervals.

SKYBOOKS AVIATION MANAGEMENT SOLUTIONS

Warranty Report

| Part Name / Description | Warranty Number | Model-Part Number | Serial Number | Track Units | Track Method | Amount Remaining |
|---|---|---|---|---|---|---|
| STARTER-GENERATOR | NA | 206-062-200-123 | TED | 6 | Months | -26 |
| XENON LAMPS | S-751134 REV C 05/05 | NA | 3961 | 500.0 | Hours | 480.0 |
| GPS | 84738 REV. C | WAAS 1201 SENSOR | 8018025 | 2 | Years | 523 |
| XENON LAMPS | S-751134 REV C 05/05 | NA | 3961 | 2 | Years | 523 |
| AUDIO AMPLIFIER | NA | AA34-300 | 27971 | 2 | Years | 523 |

***"Managing Vendor Warranty will significantly impact your bottom line effect"***