Purchase Orders

50

Purchase Orders

PO#: 2508 - SO#: 00000 PURCHASE ORDERS

PRT: P VENDOR: 89 EQUIPMENT & SUPPLY

BUYER: JAY TEPPER AVIATION INC DATE ORDERED: 010908

CONFIRM: TAX: FOB: O PER: L CNTCT:

SHIP VIA: PO TYPE: N APVD:

| PART NUMBER | WHSEORDER | QTY | UNIT PRICE | DATE DUE | LINE STATE |
|---|---|---|---|---|---|
| *370407-1 | CEN | 00001 | 42500 | 011508 | O |
| | | 00000 | NO QUOTE | 000000 | C |
| | | 00000 | NO QUOTE | 000000 | C |
| | | 00000 | NO QUOTE | 000000 | C |
| | | 00000 | NO QUOTE | 000000 | C |
| | | 00000 | NO QUOTE | 000000 | C |
| | | 00000 | NO QUOTE | 000000 | C |

NOTES 1) ITEMS NOT FOR RESALE OR EXPORT WE ARE END USERS

ACCOUNT 00000000 00000000 00000000 00000000 00000000 00000000 00000000

INSTR:

PRESS TO CONTINUE

F1-RETURN TO START
F2-VENDOR SCAN
F3-PART NUMBER SCAN
F4-PART NUMBER QUOTES
F6-DISPLAY THIS SCREEN
F6-OPEN ORDER SCAN
F7-END OF JOB
F8-SEARCH FACILITY
F9-PRINT PO FORMS
F10-TURN OFF AUTO NUMBERING
F11-SWITCH BETWEEN NOTES & I
F23
F24
User Notes
Quick Notes

ASI →

VENDOR NAME SEARCH

NAME: AVIALL

| VENDOR NAME | NUMBER | CITY |
|---|---|---|
| AVIALL WHEEL & BRAKE | 9 | ATLANTA |
| AVIATION INST. SERVI | 121 | MIAMI |
| AVIATION INSTRUMENT | 58 | MIAMI |
| AVIONICS INTERNATION | 197 | DENTON |
| AVIONICS INTL. SUPPL | 64 | DENTON |
| AVLITE AVIATION | 158 | PASO ROBLES |
| Aviation Ground Equi | 225 | FREEPORT |
| Aviation Software In | 270 | Sufferf |
| Aviation Spares & Sv | 258 | Redmond |
| BARFIELD INC | 263 | MIAMI |
| BARLOWORLD | 133 | MOBILE |
| BAUER INC. | 224 | BRISTOL |
| BELL FLOYD INC | 72 | COLUMBUS |
| BENNET MOTOR FREIGHT | 14 | MCDONOUGH |
| BLUE AEROSPACE | 177 | SUNRISE |

PRESS TO CONTINUE

F0-SCROLL FORWARD
F7
F8-SCROLL BACKWARD
User Notes
Quick Notes

ASI →



Part Requisitions



Re: [Fwd: Quantum Component screen shots and info.] imap://mail.asiscan.com:143/fetch%3EUID%3E/INBOX%3E9...

**Subject:** Re: [Fwd: Quantum Component screen shots and info.]
**From:** Marlene Richards <mrichards@aviation-software.net>
**Date:** Wed, 18 Nov 2009 13:53:33 -0500
**To:** Marlene Richards <mrichards@aviation-software.net>

6
Quantum

Hi Gordon,

This is what I got from watching the videos and reading the details on the different modules. Let me know if you need more detail then this. I really just scratched the surface. It really looks like a solid application for large and small operations.

Let me know if you need anything further.

Marlene Richards

-----------------------------------------------------------------------------------------

Purchase Order screen shots:

Quantum Control (User: SYSDBA) - [Purchase Management]
File User View Modules Reports Navigation Window Help
Needs Purchase
Low Inventory
Part Number Description CD Qty Req
155495-5-8 BULB NE 11
0196188-9-9 LOCK WASHER NE 9
31002-7-9 BOLT NE 2
E32669-28-0 BOLT NE 21
30916-8-9 WASHER NE 20
211977-1-1 NET NE 11
30060-56-9 BOLT NE 22
089510-81-6 LOCK WASHER NE 17
A24721-56-4 WHEEL NE 27
B94410-1-4 BOLT NE 22
019084-4-7 BOLT NE 28
1 of 27 Approved Purchases
Qty Company Name Delivery Cost Home Price
1 EVERGREEN HELICOPTE 8/3/99 266.000 266.000
Match Condition Code
Vendor Quote History
Use Cost Home Price CD # Available Vendor Delivery Answered VQ Number Code Site
266.000 266.000 NE 1 EVERGREEN HELICOPTE STOCK 8/2/99 EH1
290.350 290.350 NE 1 Argo Air Company 2 MOS 5/3/99 29176 AAC1
247.410 247.410 NE 1 Argo Air Company 2 WEEKS 5/3/99 30640 AAC1
Add Edit Delete Find Sort Select Sources Retrieve Inspect
Start Quantum Control

53

1 of 21 11/18/2009 1:59 PM





How a PO is received:

Report [] 11:19:02 AM

*Receiver #11243-A from Purchase Orders*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Company: | EVERGREEN HELICOPTERS | | | | | | | Order #: | 100385 |
| Address: | 3850 THREE MILE LANE | | | | | | | Entered: | 8/19/99 |
| | MCMINNVILLE , OR 97128 | | | | | | | Received: | 8/19/99 |

| | Control # | ID | SL | Serial # | Quantity | Cond | Consign | Location | Warehouse |
|---|---|---|---|---|---|---|---|---|---|
| Part Number: | A24721-56-4 | | | | Description: | WHEEL | | | |
| | 10000039 | 1 | 4 | 123 | 1 | NE | CONI | R7311 | W-1 |
| | 10000039 | 9 | 12 | 00987 | 1 | NE | CONI | R7311 | W-1 |
| | 10000039 | 6 | 9 | 009876 | 1 | NE | CONI | R7311 | W-1 |
| | 10000039 | 19 | 22 | I0098 | 1 | NE | CONI | R7311 | W-1 |
| | 10000039 | 11 | 14 | 112343 | 1 | NE | CONI | R7311 | W-1 |
| | 10000039 | 7 | 10 | 22443 | 1 | NE | CONI | R7311 | W-1 |
| | 10000039 | 2 | 5 | 345S | 1 | NE | CONI | R7311 | W-1 |

Labels [] 11:20:01 AM

PN: A24721-56-4 DESC: WHEEL
QTY OH: 1 COND: NE
MFG: BOEING LOC: R7311

100% Page: 1/1 Print Close

100% Page: 2/2 Print Close

Start Quantum Control

54



Pentagon Purchase Order screen:

Purchase Order Module Screen
Corridor - [Purchase Order2]
Purchase Order number
Refresh
AOG
Vendor
Order
Comments
Canned notes
Billing
Address
Code:
Contact
Phone:
Fax
Vendor invoice number
Line items
History
Item
Ref #
Part number/Fuel tk
Description
Service
Condition
Customer
Qty ordered
Qty rcv'd
Edit line item...
Add line item...
Total line items
Total purchase amount
Create Purchase Order...
Print Purchase Order
Purchase Order approval
Purchasing history
Three-Way Match...
Edit Three-Way Match...
Close
For Help, press F1

SKYLAN AIRWAYS

REPAIR ORDER NO. 01-00001

NMI AIRPORT
KINSTON
JAMAICA WI

ORDER DATE 12/16/09
DUE DATE 12/16/09
STATUS REG
G/L ACCOUNT #: .0001
SALES/SVC ORDER #: /

SHIP TICKET

VENDOR: JIM JONES

SHIP TO:

BUYER: 1111

| PART NUMBER | WHSE | DESCRIPTION |
|---|---|---|
| 11861 | KIN | AIR CONDITIONING PUMP |

SERIAL NUMBER 12345

REPAIR
DATE RECEIVED: 0/00/00

| | | | | |
|---|---|---|---|---|
| LIFE LIMI | .0 | CYCL | 0 | DAYS |
| MAX HOURS | .0 | CYCL | 0 | DAYS |
| TSO HOURS | .0 | CYCL | .0 | DAYS |
| TSN HOURS | .0 | CYCL | .0 | DAYS |
| TSR HOURS | | CYCL | | DAYS |

SHELF LIFE: MONTH(S)

WORK REQUIRED

CONTROL TAG NUMBER 000000000

SPECIAL INSTRUCTIONS:

PLEASE VERIFY FAULT BEFORE PROCEEDING WITH REPAIR OR OVERHAUL.
PLEASE PROVIDE QUOTE BEFORE PROCEEDING.
FAA SERVICEABLE TAG OR OTHER AIRWORTHINESS DOCUMENTATION IS REQUIRED.

57



Pentagon quote from PO:

Quotation No. 000843 For: AIRCRAFT FASTENERS
The quote displays the line relating to the History bar inquiry
0 132 002700000
TOGGLE
Quote
Stock
RFQ
S.O.
P.O.
BOM
Process
Xref
Repair
Kits
Lxch
Claim
RMA
Offers
Catalog
Images
NSN# 5294-96-098 0960
Cust P/N V4533 65
MFG 7158
Category CONNECTORS
RoHS Compliance

58

Repair order

Repair Order

REPAIR ORDERS ADD

REPAIR ORDER #: 01 001

PART #: s-11861

WHSE: kin

SERIAL #: 12345

IS THIS AN ADVANCE EXCHANGE:

BUYER CODE: 1111

PRESS TO CONTINUE

F1 - RETURN TO OPTION SCREEN
F2 - PART INFO
F3 - OPEN ORD SCAN
F4
F6 - PART SCAN
F7
F10
F11
User Notes
Quick Notes

RO #: 0100001 REPAIR ORDERS ADD

P/N: 11861 WHSE: KIN SER #: 12345

BUYER: 1111 AIR CONDITIONING PUMP PRT: Y ADV EXCH: N

RO DATE: 12/16/09 QTY OUT: 1 PURPOSE CODE: R DUE ON: 12/16/09 VND#: 1528

ORD/I/T: 00000 / 000 / JIM JONES

TRAIL #: RC MOD: WAY BILL:

CURRENT TSO: .0 HOURS .0 CYCL DAYS FRGHT OUT: .00

RMVL RSN/SPEC INSTR SHIP STATUS: N RTN VIA:

GL: .0001

CORRECT ACCEPT REJECT

F1
F2
F3
F4
F6
F7
F10
F11
User Notes
Quick Notes

RO #: 0100001 REPAIR ORDERS BILLING

P/N: 11861 WHSE: KIN SER #: 12345

BUYER: 1111 AIR CONDITIONING PUMP ADV EXCH: N

RO DATE: 12/16/09 QTY OUT: 1 PURPOSE CODE: R DUE ON: 12/16/09 VND#: 1528

ORD/I/T: 00000 / 000 / JIM JONES

TAIL #: AC MOD: WAY BILL:

FRGHT OUT: .00

RMVL RSN/SPEC INSTR

DATE QUOTED: 0/00/00 LABOR: .00 MATRLS: .00 TTL: .00

AUTHORIZED TO PROCEED: ON: 0/00/00 CURRENCY:

OK NO CHG:

INVOICE DATE: 12/16/09 LABOR: 500.00 MATRLS: 4566.45 TTL: 5066.45

INVOICE #: 00021 RCVD ON: 12/16/09 WAYBILL IN:

CURRENCY: USD WARRANTY #: WARRANTY FOR - HOURS: .0

CYCLES:

DAYS:

CORRECT ACCEPT REJECT

F1 F2 F3 F4 F6 F7 F10 F11 User Notes Quick Notes

REPAIR ORDERS RETURNS

RO #: 0100001

P/N: 11861 WHSE: KIN SER #: 12345

BUYER: 1111 AIR CONDITIONING PUMP ADV EXCH: N

RO DATE: 12/16/09 QTY OUT: 1 PURPOSE CODE: R DUE ON: 12/16/09 VND#: 1528

ORD/I/T: 00000 / 000 / JIM JONES

TAIL #: AC MOD: WAY BILL:

RMVL RSN/SPEC INSTR SHIP STATUS: N FRGHT OUT: .00

S/B: GL: 00000001 EX PN:

RETURN DATE: 000000 COST: 0000506645 EX SER#:

RETN QTY: 000 OR NO CHARGE (NC): TAG#: 000000000 CNFRM: PERF: COND:

RETURNED COMMENTS WHSE: KIN VENDOR BATCH #: 00000 FRGHT IN: 0000000

RESET TSO TO: 0000000 HOURS 000000 CYCL 00000 DAYS

SET TSN TO: 0000000 HOURS 000000 CYCL 00000 DAYSKNOWN:

PRESS TO CONTINUE

F1 F2 F3 F4-FORCE CLOSE F6 F7 F10 F11 User Notes Quick Notes

61

Building a repair order: from training video

(6)

Quantum Control (User: TRAIN)

Add Repair Order

RO Number: | Vendor: WORTH PARTS SERVICES | Code:
# Items: | Attention: | Site:
Date Open: 12/15/2003 | Phone: 619-703-3221 | Empl: TRAIN
Ship Via: UPS GROUND | Fax: 619-703-3334 | Resale Warranty
Terms: NET 30 | Email: | FOB:
Remarks: | Reply Date: | Commit Ship Date: | Cur: USD
Appr Date: | Quoted Date: | Next Action Date:
Ext AP #: | Ext AP Date: | Ext AP Amt:
Ship Via Acct:

Vendor Shipping Address:
WORTH PARTS SERVICES
1234 MAIN STREET
SAN DIEGO, CA 92101

Return Shipping Address:

Vendor Site: | Reset Ship Address | Lookup Ship Address

OK | Cancel

It contains the repair facility's name and address, contact information, terms and shipping information.

62



Pentagon Repair order, Work order and Sales order:

Work Order (Pro) - Overhaul No. 000437 (QUOTE)

Add Edit

P/N 00-12635-01

Desc. CORE

Sales Order No. 001270 For: 3 - R SALES

Add Edit Next Void Print Crncy Optn Srch Close

Header | Lines [USD] | Ship/Bill | Set Up | Charges | Taxes | Commission | Acct | Expedite |

Our Ref# 
Your Ref# 
Contract # 
BAE ICN

Doc Status Open

Hold by/on

Entered 6/30/2009 3:47:46 PM

Ordered 6/30/2009 3:47:46 PM

Sub Total 0.00
Discount 0.00
Misc Ttl 0.00
Tax Ttl 0.00
Total 0.00

Crncy Base USD

>>Crncy Conv USD

Repair Receiver No. 000274 For: 3 - R SALES

Add Next Void Print Pkgn Upd Optn Srch Close

Header | Lines [USD] | Ship/Bill | Set Up | Commission | Acct | Expedite | Customs |

Receiver No. 000274

Receiver Type Repair Receiver (From

Sales Order 001270

Cust P.O. No. 014986

Our Ref# 
Your Ref#

Doc Status Closed

Hold by/on

Now you have all three documents that were created at your disposal.
You may edit each individually to capture any details that may have been omitted.

7158 3 - R SALES

Attn

F O B ORG ORIGIN

Ship Via

Terms 001 NET 30

Prepared by RMS Robert Stone

Priority

Received 6/30/2009 3:47:46 PM

Into Stock 6/30/2009 3:47:46 PM

Ship On 
Due By 
Last Print

Discount 
Misc Ttl 
Tax Ttl 
Doc Total

Crncy Base USD

>>Crncy Conv USD

Message Memo

0.00

Base USD

Conv USD

Printed

Message Memo Lead Time 0 Days

Ser #.[2000.20007] NA Material Alliance RMS Robert Stone Mail(s) Open Calls Today Calls Old Calls Task Viewer

Company Name [1] Pentagon Demo

(3)

Corridor Aviation Service Software – Work order screen

Sales Order Module Screen
Sales Order number:
Refresh
Customer:
Code:
Customer class:
Addresses
General
Payment
Shipping
Posting definition
Comments
History
Department
AOG
Ship to:
Billing
Shipping
Phone:
Type of sale
Counter sale
Sub Total
Freight
Insurance
Tax
Created
Closed
Total
Item
Rel
Sale type
Part number/Service
Lot number
Part/Service description
Serial number
Back order
Drop ship
Qty sold
Qty invoiced
List
Condition
UOM
Pricing method
Discount
Warranty
Sell
Department
Tax
Taxable
Special charges
Total
Cost
Part
Service
PLACARD, MAX FREIGHT LC
PLACARD, PUSH BUTTON
MARKINGS,TAIL SUPPORT
Back order
Rent
Void
New
EA
Parts
Taxable
Add line item
Line item detail
Print Sales Order
Request Worksheet
P.O. Worksheet
Create Sales Invoice
Close
For Help, press F1

65