UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AIRFRAME SYSTEMS, INC. f/k/a<br>AIRLINE SOFTWARE, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>RAYTHEON COMPANY,<br>and<br>L-3 COMMUNICATIONS CORPORATION,<br><br>       Defendants. | Case No. 1:08-cv-11940-WGY |

## SUPPLEMENTAL DECLARATION OF ADAM J. KESSEL
## IN SUPPORT OF L-3'S REPLY MEMORANDUM IN SUPPORT OF ITS
## MOTION FOR SUMMARY JUDGMENT

I, Adam J. Kessel, counsel for the movant L-3 Communications Corporation ("L-3"), state the following is true to the best of my knowledge, information, and belief:

1. I am an attorney with Fish & Richardson, P.C. We represent L-3 in the above-captioned matter.

2. In reviewing L-3's reply papers after they were filed (D.I. 96-98), I discovered that some of the pages cited from deposition transcripts were inadvertently omitted from the attachments to my earlier declarations. I am submitting this supplemental declaration to provide all cited pages from those deposition transcripts. The additional evidence submitted here on reply is necessary to rebut arguments raised for the first time in Airframe's opposition (D.I. 89) to L-3's Motion for Summary Judgment (D.I. 81).

3. Attached as Exhibit 1 to this Declaration are excerpts from the deposition transcript of Brett Pelham, taken on December 9, 2008 and December 10, 2008.

4. Attached as Exhibit 2 to this Declaration are excerpts from the deposition transcript of Hector Arce, taken on April 23, 2010.

5. Attached as Exhibit 3 to this Declaration are excerpts from the deposition transcript of Lawrence Chodor, taken on March 25, 2010 and March 26, 2010.

Signed under pains and penalties of perjury this 22nd day of June, 2010.


Dated:  June 22, 2010                                  /s/ Adam J. Kessel_____
                                                                       Adam J. Kessel

**CERTIFICATE OF SERVICE**

I hereby certify that SUPPLEMENTAL DECLARATION OF ADAM J. KESSEL IN SUPPORT OF L-3'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 22nd day of June, 2010.

/s/ Adam J. Kessel
Adam J. Kessel