1

2    UNITED STATES DISTRICT COURT

     DISTRICT OF MASSACHUSETTS

3    Index No. 1:07-cv-10142-WGY

     ---------------------------------x

4    AIRFRAME SYSTEMS, INC. f/k/a

     AIRLINE SOFTWARE, INC.,

5

                        Plaintiff,

6

            -against-

7

     RAYTHEON COMPANY; JOHN STOLARZ;

8    L-3 COMMUNICATIONS HOLDINGS INC.;

     and L-3 COMMUNICATIONS CORPORATION,

9

                        Defendant.

10   ---------------------------------x

11                        Tuesday, December 9, 2008

                          New York, New York

12                        Time: 10:32 a.m.

                          Day 1, Volume 1

13                        Pages 1-155

14           Highly Confidential Deposition of BRETT

15   PELHAM, taken by Plaintiff, held at the offices of

16   Fish & Richardson P.C., Citigroup Center, 153 East

17   53rd Street, New York, New York, before Josephine H.

18   Fassett, a Certified Court Reporter and Notary

19   Public of the State of New York.

20

21

22

23

24

25

```
 1
 2     A P P E A R A N C E S :
 3
 4     BRUCE AFRAN, ESQ.
       For Plaintiff
 5          10 Braeburn Drive
            Princeton, New Jersey  08540
 6
 7
       JONES HIRSCH CONNORS & BULL, P.C.
 8     For Defendant
            One Battery Park Plaza
 9          New York, New York  10004
       BY:  ALAN M. GELB, ESQ.
10
                 - and -
11
       FISH & RICHARDSON P.C.
12     For the Defendant
            225 Franklin Street
13          Boston, Massachusetts  02110
       BY:  ADAM J. KESSEL, ESQ.
14
15
16     A L S O   P R E S E N T :
17
       STANLEY J. RAND, ESQ.,
18     Airframe Systems General Counsel
19
20
21
22
23
24
25
```

1               Brett Pelham

2               What is your understanding of the

3    field known as aircraft maintenance at L-3?

4        A      My understanding -- the aircraft

5    maintenance field is that your question?

6        Q      Yeah.

7        A      My understanding from aircraft

8    maintenance is it comes from the users I worked with

9    in developing the aircraft maintenance software.

10       Q      Prior to the meeting with Mr. Barnett

11   in January/February '04 had you worked with the

12   aircraft maintenance people in any capacity?

13       A      I hadn't worked with them prior to

14   2004 I recall.

15       Q      Is it fair to say then that

16   Mr. Barnett called upon you to develop aircraft

17   maintenance software even though you had no prior

18   experience of any kind at L-3 with respect to

19   aircraft maintenance?

20       A      Yes.

21       Q      Did you ultimately produce software

22   pursuant to Mr. Barnett's request?

23       A      Yes.

24       Q      Was that the software disclosed for

25   inspection purposes to Mr. Rosen?

```
 1                    Brett Pelham
 2        A      Yes.
 3        Q      When did you begin working on that
 4   software?
 5        A      It was January/February of 2004.
 6        Q      When did you begin actually writing
 7   code for that software?
 8        A      It would have been in that same
 9   timeframe with discussions with the users on how
10   screens should look.
11        Q      When would those discussions have
12   taken place?
13        A      Starting in 2004.
14        Q      Do you know when in 2004?
15        A      January/February timeframe.
16        Q      Shortly after your meeting with
17   Mr. Barnett -- well, I'll ask you.  How long
18   after --
19        A      I don't recall the date of the meeting
20   with Mr. Barnett.
21        Q      How long after you met with
22   Mr. Barnett did you begin working with the users as
23   you've said?
24        A      I think, I don't recall exactly, I
25   believe he had us to start at the first of the year
```

                          Brett Pelham

1

2    for a budget cycle as it were for a means for us to

3    charge our time to.

4          Q      How could he start at the first of the

5    year if he didn't speak to you until sometime in

6    January/February?

7          A      That was the January/February

8    timeframe 2004, the first of the calendar year.

9          Q      How many people did Mr. Barnett assign

10   to write code for aircraft maintenance?

11         A      I was the only one that was writing

12   code and doing the analyst work on that aircraft

13   maintenance system.

14         Q      Is it fair to say that you were your

15   own team so to speak for this purpose?

16         A      I was the only IT person.

17         Q      Aside from you did anyone else write

18   code for aircraft maintenance following the meeting

19   with Mr. Barnett in January/February 2004?

20         A      I believe I was the primary one

21   talking to the users and writing the code based on

22   their input and review iteratively.

23         Q      Why do you say you were the primary

24   one when a moment ago you said you were the only

25   one?

```
 1                    Brett Pelham
 2        A      I don't know if they talked to other
 3   people but I was the only one that developed the
 4   aircraft maintenance software.
 5        Q      What does the word developed mean in
 6   your understanding?
 7               MR. GELB:  You're asking him what he
 8        did --
 9               MR. AFRAN:  No, I'm asking --
10               MR. GELB:  -- in connection with the
11        development?  You're asking whether
12        developing means the same thing every time in
13        every setting?  What are you asking him about
14        development?
15               MR. AFRAN:  He used the word.
16               MR. GELB:  I understand that, you
17        might ask him what he meant in that specific
18        connection, but now you're going to something
19        more generic apparently.  I don't know where
20        you want to go.  Object to the form of the
21        question.
22        Q      You said you were the only one who
23   developed aircraft maintenance software in your
24   prior answer, is that correct?
25               MR. GELB:  Well, you don't have to
```

```
1                     Brett Pelham
2          with it please?
3                    MR. GELB:  Well, I will but it's
4          taking a lot of time to get to the issues.
5          Q       Do you know what I mean when I refer
6    to the aircraft maintenance software?
7          A       It's generic to me.
8          Q       You were asked to write aircraft
9    maintenance software by Mr. Barnett, is that
10   correct?
11         A       I was asked to write aircraft
12   maintenance software to replace their existing
13   system ASI.
14         Q       And did anyone aside from you write
15   any of the code to replace that system?
16         A       No, not that I'm aware of.
17         Q       Well, when you say not that you're
18   aware of, I thought you had the primary
19   responsibility for this program.
20         A       I did.
21         Q       Wouldn't you be aware of anybody else
22   who wrote code for it?
23                   MR. GELB:  How does he know?
24                   MR. AFRAN:  Please, Mr. Gelb.
25                   MR. GELB:  Object to the form of the
```

                        Brett Pelham

2      question.

3      Q      Wouldn't you be aware of anyone

4   writing code for the replacement of the ASI

5   software, yes or no please?

6      A      I wouldn't say that I could tell a

7   hundred percent of the times because I wasn't there

8   a hundred percent of the time but I saw no other

9   code on a computer running no other code for our

10   application than what I created.

11      Q      When you say you saw no other code, at

12   what time period are you referring to?

13      A      During the time period from when we

14   started January/February 2004.

15      Q      When did your code begin to run, the

16   code you wrote?

17      A      We created the code with an iterative

18   process.  I learned the language and took the users'

19   requests that was report output of their data, say

20   organize the screen to look like the data that we

21   input.  So I create a screen.  Then they would try

22   it out and then tell me what changes to make in an

23   iterative process.

24      Q      What do you mean by iterative?

25      A      I would take the user's report with

1                         Brett Pelham

2    users.

3         Q      You would --

4         A      Sharen Poelman, for instance, or

5    Hector Arce.

6         Q      Would you typically scan these onto a

7    disk?  I assume they gave you printed reports on

8    paper, is that correct?

9         A      Printed reports to draw up the draft

10   and then it was printed, instead of printing to a

11   printer, it printed to a file electronically.

12        Q      Did you take the printed reports that

13   the users gave you and scan them into a computer at

14   any time?

15        A      No.

16        Q      So what did you do to recreate the

17   fields and the data in the fields that were on these

18   documents?

19        A      Took the electronic version of the

20   report and used just the PC tools, Word or Excel to

21   organize the column, to organize the data in columns

22   and import it into the database.

23        Q      And that was MS -- M-Y-S-Q-L, MYSQL?

24        A      Yes.

25        Q      What other materials other than what

```
 1                    Brett Pelham

 2    you've testified to did the users give you in the

 3    course of your development of the aircraft

 4    maintenance software?

 5         A    I don't recall any other materials

 6    other than the reports and the verbal directions as

 7    to how to create the system.

 8         Q    Did you make notes on those verbal

 9    directions?

10         A    As they would answer questions, yes,

11    I'd make notes as to what their answers were.

12         Q    To your knowledge where are those

13    notes today?

14         A    I provided them to the attorney.

15         Q    Did you retain copies?

16         A    I believe there's a copy.

17         Q    Is it fair to say the materials you

18    gave to the attorneys were also copied and kept in

19    another file at your office?

20         A    I faxed copies.

21         Q    Thank you.

22              MR. AFRAN:  Well, Mr. Kessel suggested

23         lunch about 15 minutes ago, it is a couple

24         minutes past one, would this be a good time?

25         I don't personally care either way, but the
```

```
1                    Brett Pelham

2        witness deserves lunch and maybe the reporter

3        and maybe all of you, so.

4                  (Whereupon, off the record.)

5                  (Whereupon, lunch recess.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    Brett Pelham

 2        A F T E R N O O N       S E S S I O N

 3              (Whereupon, resumed.)

 4   BY MR. AFRAN:

 5        Q     Mr. Pelham, you ready?

 6        A     I am.

 7        Q     When you recorded the screen printouts

 8   from the ASI system into your MYSQL database what

 9   copyright searches or checks did you do as to the

10   material?

11              MR. KESSEL:  Objection to the extent

12         it calls for anything to be covered by

13         attorney-client privilege.

14              MR. AFRAN:  Well, if he says I --

15              MR. KESSEL:  Just cautioning the

16         witness not to answer if it involves any

17         communications with attorneys.

18              MR. AFRAN:  Well, I think the -- I

19         don't think you can tell him not to answer as

20         to a field of area, you can say that he can't

21         reveal discussions, but if he says "I spoke

22         to our attorneys about that issue," I won't

23         go further, but I think we're entitled to

24         know what acts he took.  I mean I don't

25         think --
```

```
1                    Brett Pelham
2              MR. KESSEL:  Let's see if there's an
3         actual issue.
4              MR. AFRAN:  Also I'm concerned about
5         these constant instructions about
6         attorney-client privilege, because not that
7         it's improper per se but sometimes it could
8         suggest something to the witness that you
9         didn't intend but he derives it's not really
10        there.
11             MR. KESSEL:  Mr. Afran, you asked
12        about something that involves legal rights,
13        copyright, copyright searches, this is a
14        matter of legal inquiry, I'm offering a
15        generic instruction that if it involves
16        communications with attorneys, he will not go
17        into it.
18             MR. AFRAN:  No, that's my point.  His
19        communications, the substance of them with
20        attorneys should not be disclosed, absent
21        your consent, but that doesn't mean if the
22        subject should involve communications with
23        attorneys that the entire subject is
24        something he should not address.  That's my
25        disagreement with your instruction.
```

```
 1                    Brett Pelham
 2               MR. KESSEL:  My instruction was to not
 3          reveal any attorney-client communications.
 4               MR. AFRAN:  That's fine.
 5               MR. GELB:  Answer the question if you
 6          can.
 7               MR. AFRAN:  Could you repeat the
 8          question, please?
 9               (Whereupon, the requested portion was
10          read back by the Reporter:
11               "Question:  When you recorded the
12          screen printouts from the ASI system into
13          your MYSQL database what copyright searches
14          or checks did you do as to the material?")
15          A      We used ASI reports that we converted.
16     If you could clarify, is that what you mean by
17     printouts?
18          Q      You testified as to reports, and that
19     is what I meant.  You stated that you electronically
20     moved them to the MYSQL database and that is what
21     I'm referring to, those reports.
22          A      Okay.
23          Q      What you said came from the ASI
24     system.
25          A      The ASI reports were generated from
```

                        Brett Pelham

1
2       the ASI system by users.

3            Q       And you took those from the users

4       electronically as you testified and imported it into

5       the MYSQL database on your PC, isn't that correct?

6            A       Yes.

7            Q       Now before you did that, what

8       copyright searches or checks as to the ASI material

9       did you conduct?

10                      MR. GELB:  If any.

11                      MR. AFRAN:  "What" means if any.

12                      MR. GELB:  No, "what" does not mean if

13            any.  What, if any.

14      BY MR. AFRAN:

15           Q       Did you conduct any copyright search

16      or copyright checks as to the ASI material before

17      importing it into your MYSQL database?

18           A       I would have to refer to the

19      attorney-client privilege information.

20           Q       I'm not asking you what you discussed

21      with any attorneys, I'm simply asking did you

22      conduct a copyright search or check as --

23                      MR. GELB:  Personally.

24           Q       -- to the materials?

25                      MR. GELB:  Did he personally?

                         Brett Pelham

1

2       Q       Personally did you.

3       A       I don't recall any reports being

4    checked for copyright.

5       Q       Did you ask anybody at L-3 whether you

6    should do so?

7       A       I don't recall.

8       Q       What consideration, if any, did you

9    give to whether the ASI material that you imported

10   into the MYSQL database may have been copyrighted?

11              MR. GELB:  What if any?

12              MR. AFRAN:  That's what I said.

13      A       Would you repeat the question?

14      Q       What consideration, if any, did you

15   give to the question of whether the ASI material

16   that you imported into the MYSQL database may have

17   been copyrighted?

18      A       There was no copyright on the reports

19   that were printed out.

20      Q       Do you have any knowledge as to

21   whether ASI's object code would be subject to a

22   copyright?

23              MR. GELB:  There's no testimony that

24         object code was printed out.

25              MR. AFRAN:  I didn't ask that.

```
 1                      Brett Pelham
 2              MR. GELB:  Well then there's know
 3          foundation for the question.
 4              MR. AFRAN:  Mr. Gelb, you really can't
 5          do that, you can raise an objection to the
 6          form.
 7              MR. GELB:  I just did it.
 8              MR. AFRAN:  Is the objection to form?
 9              MR. GELB:  The objection is as to
10          form.
11              MR. AFRAN:  That's all I wanted to
12          know.  Thank you.
13              MR. GELB:  Good.
14      BY MR. AFRAN:
15          Q      Are you aware that object codes sold
16      by outside vendors are normally copyright protected
17      by the vendor?
18          A      Yes, object code.
19          Q      And are you aware that ASI's code, the
20      ASI aircraft maintenance software was copyright
21      protected?  Strike the question.
22              At the time you imported the ASI
23      reports into the MYSQL database, did you know that
24      the ASI program was protected under copyright?
25          A      The portion I was dealing with were
```

1                    Brett Pelham

2       the reports and then had no copyright information on

3       them.

4             Q     I understand.  I'm asking if you knew

5       whether the ASI program itself was subject to

6       copyright protection?

7             A     I did not personally know the

8       copyright of the ASI material.  I didn't have

9       firsthand knowledge of copyright material for ASI.

10            Q     What other ASI materials, if any, were

11      imported into the MYSQL database?

12                  MR. GELB:  And I'm troubled by the use

13                  of the term, continued use of the term ASI

14                  materials, there's no testimony that any of

15                  the materials belonged to ASI.

16                  MR. AFRAN:  He said there were reports

17                  from the ASI programs.

18                  MR. GELB:  But those do not make them

19                  ASI materials, they make them L-3 materials

20                  as I understand it, that's what he's been

21                  talking about.

22                  MR. AFRAN:  Your understanding may be

23                  one thing and my understanding may be

24                  another.

25                  MR. GELB:  Well then let's find a

1                    Brett Pelham

2          neutral way to define this without getting

3          ourselves into misleading characterizations

4          or disputable issues that we can avoid.

5                    MR. AFRAN:  That's fair.

6                    MR. GELB:  Okay.

7    BY MR. AFRAN:

8          Q      What other materials did you import

9    into the MYSQL database?

10         A      Just the reports and the data from

11   those reports, column headings, and the data

12   underneath each column heading.

13         Q      Anything else?

14         A      No.

15         Q      What was the function of the MYSQL

16   database in your development work on the source

17   code?

18         A      That was to store the data that we

19   would gather through the operation of the

20   maintenance application.

21         Q      Is that used only during the testing

22   and development phase?

23         A      No.

24         Q      Was this to be a permanent database

25   would be used continuously once the program went

1                    Brett Pelham

2    into proper operation?

3         A     Yes.

4         Q     Now aside from the reports that you've

5    testified to, what other materials, if any, did the

6    users give you in connection with your development

7    work?

8         A     I don't recall any materials, the

9    primary development work was based off of the

10   reports and the data that was in those reports.

11        Q     You say primary, what other aspects

12   would be addressed?

13        A     Verbally sitting with the users and

14   asking them how they would like the screens to be

15   displayed.  What fields where that they would type

16   in so that they can maintain the data once the data

17   was imported.

18        Q     Did you receive any other materials on

19   paper from any other persons at L-3 besides what

20   you've testified to in connection with your

21   development work on this software?

22        A     I don't recall any other paper.

23        Q     Whether handwriting, printed,

24   printouts or published material.

25        A     I don't recall any.

Brett Pelham

2      Q      What other electronic files did you

3  receive from any person at L-3 in connection with

4  your development of this software?

5      A      There were no other electronic files

6  other than the reports.  Everything was generated,

7  source code was generated by or developed by talking

8  to the users as what they would like to see from

9  scratch and from the data that they were familiar

10 with.

11     Q      What computer files, if any, did you

12 receive from anyone at L-3 in connection with your

13 development of the source code?

14     A      I didn't receive any computer files

15 for development of the source code.

16     Q      I said --

17     A      Other than the reports.

18     Q      I said in connection with the

19 development.  Did you receive any computer files

20 from anybody at L-3 in connection with your

21 development of the source code aside from what

22 you've testified to?

23     A      I don't recall any.

24     Q      What materials on paper, and again

25 that includes handwritten materials, computer

                        Brett Pelham

1

2    printout materials, materials conventionally

3    printed, materials typed, anything on paper did you

4    receive from any person outside of L-3 in connection

5    with your development work of the source code?

6         A      I didn't receive anything from anyone

7    outside of L-3 to develop the system.

8         Q      Did you receive any electronic files

9    of any nature from any person not employed by L-3 or

10   any corporation other than L-3 in connection with

11   your development of the source code or this

12   software?

13        A      No one sent me any files, no, related

14   to development.

15        Q      Well I asked whether you received any.

16   Did you receive any electronic files from any such

17   persons?

18        A      No.

19        Q      Did anyone deliver a disk with

20   electronic information on it to you who did not work

21   for L-3?

22        A      Not to develop the system, no.

23        Q      Well, what did you receive?

24        A      I didn't receive any electronic disk

25   to develop the system.

```
1                     Brett Pelham

2    BY MR. AFRAN:

3         Q      Why did you put this comment that

4    we've outlined in these numbered words?

5         A      The specific reason is that the

6    converted data had within it some information on the

7    reports that when we put into the system we had no

8    use for it, in our new system's capabilities, the

9    question came about what to do with this data, this

10   particular function.

11        Q      Where on the code on this page is this

12   function or data appear?  Where on this code on this

13   page does the function of data that you're referring

14   to appear?

15        A      On that line.

16        Q      Following the note?  Take my pencil

17   and point to where it appears.

18        A      It would be this function.

19        Q      Now where on the screen does the

20   actual coding for that function appear?

21        A      It may be before or after.

22        Q      Is it right here where my pencil

23   appears?

24        A      That is just a label.

25        Q      Okay.  But that label is referring to
```

```
 1                    Brett Pelham
 2    the function in your note, isn't it?  They're the
 3    same words?
 4          A       Yeah.
 5          Q       Is that label referring to the
 6    function your note is about?
 7          A       Yes.
 8          Q       Now where did this function that
 9    you're referring to in your note come from?
10                  MR. KESSEL:  Objection.  You're
11                  assuming the function's in there.
12                  MR. AFRAN:  Well, he describes the
13                  function with the second, third and fourth
14                  words of the line of the note and then three
15                  lines above those words appear also.
16                  MR. KESSEL:  The witness testified
17                  that there was a label, he didn't testify
18                  that there was a function.
19                  MR. AFRAN:  He said the label related
20                  to a function.
21          Q       Isn't that correct, Mr. Pelham?
22          A       These words relate to a function.
23          Q       "These words" meaning the second,
24    third and fourth words of the line?
25          A       Yes.
```

                         Brett Pelham

1

2        Q      And the second word following the word

3    note, the third word and fourth word relate to the

4    function, correct?

5        A      Yes.

6        Q      And it's that function that you wrote

7    your note about, isn't it?

8        A      Yes.

9        Q      Okay.  Now where did that function

10   come from originally?

11       A      The function was developed with the

12   user and I, Ms. Poelman upon converting the data in

13   from the reports there was data in there that was

14   not used, the nature of the, of the data was to

15   perform the function or not and we had no use for

16   performing that function or not on the historical

17   data nor on any new data, so we don't, the note was

18   about not using that kind of a function at all on

19   the historical data.

20       Q      So you found yourself -- strike that.

21              Is it fair to say you found yourself

22   with a functioning source code that you didn't need?

23              MR. KESSEL:  Mischaracterizes his

24          testimony.

25              MR. AFRAN:  I asked him if it was fair

1                    Brett Pelham

2          to say that.

3                    MR. GELB:  Don't argue about it, let

4          him tell you what he means.

5          A      No.

6          Q      Where did the function come from?

7          A      The function we developed, we found

8  ourself without a need for some of the data that was

9  converted.

10         Q      Converted from where?

11         A      From the reports.

12         Q      Which came from where?

13         A      The users running the reports.

14         Q      And they got them from where?

15         A      They ran them from their old system.

16         Q      Which was the ASI program, wasn't it?

17                MR. GELB:  What do you mean the ASI

18         program?

19                MR. AFRAN:  He knows what I mean.

20                MR. GELB:  Well, I don't, and it's

21         misleading.

22  BY MR. AFRAN:

23         Q      Did the users get the reports from the

24  ASI software?

25         A      They ran the reports from the data

```
 1                    Brett Pelham

 2    using ASI.

 3         Q     And so the function that you don't,

 4    that you don't, you don't need here is a function

 5    that came from the ASI software, isn't that correct?

 6         A     That's incorrect.

 7         Q     Well, you just said -- didn't you just

 8    say the function came in through the conversion from

 9    the report data?

10              MR. GELB:  He said the data came.

11         A     It's pointing to data that is not

12    needed.

13         Q     And where did the function come from?

14         A     From my development with Sharen

15    Poelman on how to perform this particular function.

16         Q     Did you write the function?

17         A     Yes.

18              MR. KESSEL:  Objection.  Can we

19         identify the function?

20              MR. AFRAN:  I would love to, Mr. Gelb

21         won't let me.

22              MR. KESSEL:  Not by name.

23              MR. GELB:  Not by source code.

24              MR. AFRAN:  There's only one way to

25         identify it and that's to use the three words
```