# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------

**AIRFRAME SYSTEMS, INC. f/k/a**
**AIRLINE SOFTWARE, INC.,**

       **Plaintiff,**

      **v.**

**RAYTHEON COMPANY and**
**L-3 COMMUNICATIONS CORPORATION,**

      **Defendant.**

-------------------------------------------------------------

**Case Number**
**1:08-cv-11940-WGY**

\* \* \* \* \* \* \* \* \* \* \*

**ORAL DEPOSITION OF**
**HECTOR A . ARCE**
**APRIL 23, 2010**
**VOLUME 1**

\* \* \* \* \* \* \* \* \* \* \*

# ORIGINAL

*Rutledge Gray Reporting Services*

Certified Shorthand Reporters  ·  Registered Professional Reporters  ·  Certified Realtime Reporters
☎ 1.800.876.3370   ·   ☎ 972.222.4003   ·   Fax 972.222.6229
email: rutledgegray@sbcglobal.net

1    you were asked to testify about a number of things

2    as the Designated Representative of L-3, correct?

3         A.    Yes.

4         Q.    And one of those was "the use of

5    aircraft maintenance, modification, and/or

6    tracking software or computer programs in the AM&M

7    division of L-3 Communications Corporation,"

8    correct?

9         A.    Yes.

10        Q.    The same topic with respect to the

11   L-3 Mission Integration Division, correct?

12        A.    Yes.

13        Q.    And following that, you were also

14   asked to come here today and testify about the use

15   of aircraft maintenance, modification, and/or

16   tracking software or computer programs in any

17   other L-3 division or business or reporting unit,

18   isn't that correct?

19        A.    Yes.

20        Q.    Okay.  Now you did not make an

21   inquiry of all other L-3 division or business or

22   reporting units in preparation for your testimony

23   today, isn't that correct?

10:25A 24       A.    "All," that is correct.

25        Q.    Okay.  Why not?

1          A.      AM&M is the group or the division

2     which was asked for, and I guess the Mission

3     Integrated Systems here was what I was asked for.

4          Q.      So it's fair to say that you're not

5     in compliance with the Subpoena for today's

6     deposition?

7                        MR. GELB:   That's a legal --

8     that's a legal answer you're asking him for.  He

9     does not have to answer that.  And I will tell

10    you, Counsel, that under the objections we made,

11    the limit was set, and he has been in full

12    compliance.

13    BY MR. GEROLD:

14         Q.      You have not come here today to talk

15    about the use of aircraft maintenance,

16    modification, and/or tracking software or computer

17    programs in any L-3 division or business or

18    reporting unit, other than the AM&M division; is

19    that correct?

10:26A 20         A.      No.

21         Q.      Well, what -- I think you just told

22    me that you did not make an inquiry as to the use

23    of aircraft maintenance, modification, and/or

24    tracking software or computer programs in all

25    divisions or business or reporting units of L-3?

1    A.    You said "all."  We did in C3ISR,

2  which is part of the MID organization.

3    Q.    But that doesn't comprise "all

4  division or business or reporting units of L-3,"

5  isn't that correct?

6    A.    But you had asked me all, so I did

7  some, but not all.

8    Q.    Some, but not all, correct?

9    A.    Correct.

10   Q.    So your inquiries today were

11  restricted to solely the use of aircraft

12  maintenance, modification, and/or tracking

13  software or computer programs in the company's

14  divisions and business groups that fall under the

15  umbrella of the Mission Integration Division; is

16  that correct?

10:28A 17   A.    No.  You've said two different

18  things.  "Business segments" and "divisions" are

19  not the same --

20   Q.    Okay.

21   A.    -- in your context there.

22   Q.    Okay.  Well, you said that you

23  limited your inquiry for today's deposition to

24  which group?

25   A.    Which group?

1      Q.      Yes, sir.

2      A.      The Integrated Systems Group.

3      Q.      All right.  And you made no inquiry

4  as to any other group of L-3 outside the

5  Integrated Systems Group to determine their use of

6  aircraft maintenance, modification, and/or

7  tracking software or computer programs; is that

8  correct?

9      A.      Correct.

10     Q.      Even though you were requested to do

11  so in the Deposition Notice, isn't that correct?

10:29A 12              MR. GELB:  No, he wasn't

13  requested in the Notice.

14  BY MR. GEROLD:

15     Q.      Even though the company was requested

16  to do so in the Notice, isn't that right, sir?

17     A.      Yes.

18     Q.      Now what divisions or business

19  segments or groups within the Integrated Systems

20  Group were involved in your inquiries in response

21  to today's deposition as a Designated

22  Representative of L-3?

23     A.      Vertex, JOG, which is our Joint

24  Operations Group in Kentucky, Crestview, Waco,

25  which are all part of the AM&M Business Segment.

10:30A  1        Q.      Is that it?

        2        A.      Yes.

        3        Q.      Did your inquiry only relate to

        4   current usage of aircraft maintenance,

        5   modification, and/or tracking software or computer

        6   programs, or did it also go to past usage and

        7   implementation of aircraft maintenance,

        8   modification, and/or tracking software or computer

        9   programs?

       10        A.      It's current.

       11        Q.      And as the Designated Representtive

       12   of L-3 for today's deposition, you're not prepared

       13   to address past usage, purchase, creation, and

       14   implementation of aircraft maintenance,

       15   modification, and/or tracking software or computer

       16   programs in the groups and business segments where

       17   you made your inquiry; is that correct?

10:31A 18                MR. GELB:   Other than just

       19   stated in his affidavit.  And if you'll show me

       20   where you describe the time to which the inquiry

       21   was to be responsive, that would be helpful.

       22                If it's not in the Notice -- but if

       23   you claim is it is in the notice, please show us.

       24   BY MR. GEROLD:

       25        Q.      Can you answer my question?

```
 1        A.    I provided that in the deposition.

 2                     MR. GEROLD:  Object to

 3   nonresponsive.  Would you please read the question

 4   back.

 5                (Previous record read.)

 6        A.    I answered per the deposition.

 7                     MR. GELB:  You mean the

 8   affidavit?

 9        A.    Affidavit, I'm sorry.  Affidavit.

10                     MR. GEROLD:  Objection.  Not

11   responsive.

12        A.    Exhibit 13.

13                     MR. GEROLD:  Objection.  Not

14   responsive.

15                     MR. GELB:  It is responsive,

16   and you --

17   BY MR. GEROLD:

18        Q.    Do you understand my question, sir?

19                     MR. GELB:  But it is

20   responsive, --

21                     MR. GEROLD:  I'm not talking

22   to you, Counsel.

23                     MR. GELB:  No.  Listen.  It is

24   responsive --

25                     MR. GEROLD:  I'm not talking
```

10:33A 17

```
 1   to you, Counsel.
 2                   MR. GELB:  He says it's
 3   responsive.  That's his testimony.  And you'll
 4   find it in the affidavit if you look for it.
 5   BY MR. GEROLD:
 6        Q.    Did you understand my question, sir?
 7                   MR. GELB:  Asked and answered.
 8        A.    I answered your question with --
 9   BY MR. GEROLD:
10        Q.    I'll just ask you if you understood
11   my question.
12        A.    I believe so.
13        Q.    Okay.  Just told us that you only
14   inquired as to present creation, use, and
15   implementation of aircraft maintenance,
16   modification, and/or tracking software or computer
17   programs in the Integrated Systems Group, isn't
18   that correct?
19        A.    Yes.
20        Q.    Okay.  So you made no inquiry at all,
21   and are not prepared today to testify about any
22   past usage of aircraft maintenance, modification,
23   and/or tracking software or computer programs in
24   the Integrated Systems Group of L-3; is that
25   correct?
```

1        MR. GELB:  Except as his

2   affidavit says otherwise.

3        A.    Other than what I have on my

4   affidavit, no.

5   BY MR. GEROLD:

6        Q.    Now you said that you spoke to

7   Vertex, JOG, Crestview, and Waco; is that correct?

10:34A  8        A.    Okay.

9        Q.    Do you call those "groups" or

10  "business segments"?

11       A.    They can fall into either category.

12       Q.    Okay.  Did you speak to my other

13  groups or business segments of L-3 relative to the

14  use of aircraft maintenance, modification, and/or

15  tracking software or computer programs?

16       A.    None other than what's in my

17  affidavit here.

18       Q.    Okay.  I didn't ask about your

19  affidavit, sir.  I just asked you a question.

20            Did you speak to any other folks at

21  any other business segments or groups of L-3,

22  other than Vertex, JOG, Crestview, and Waco?

23       A.    I asked no others but what's in my

24  affidavit.

25  BY MR. GEROLD:

1    Q.    I'm not talking about your affidavit,

2  sir.

3                 MR. GELB:  Well, that's his

4  answer.  You've got to take his answer.  I know

5  you don't like it.

6  BY MR. GEROLD:

7    Q.    I'm not deposing the affidavit.  I'm

8  getting your testimony under oath.  Do you

9  understand that, sir?

10   A.    Yes.

11   Q.    Okay.  I wasn't around when whoever

12 typed up that affidavit, typed it up; is that

13 correct?

14   A.    I don't know.

15   Q.    In fact, you weren't even around when

16 it was typed up, isn't that right?

10:35A 17   A.    That's correct.

18   Q.    That wasn't even prepared here at

19 your offices, isn't that right?

20   A.    I don't know.

21   Q.    Exhibit 13 to your deposition, you

22 don't know where that was prepared; is that right?

23   A.    Yes, sir.

24   Q.    I'm not taking the testimony from

25 some affidavit.  I'm taking your testimony because

```
 1    you're under oath.  Do you understand that?
 2          A.    Yes.
 3          Q.    Now did you speak to any other
 4    business segment other than the Vertex, JOG,
 5    Crestview, or Waco Business Segment in responding
 6    to the Deposition Subpoenas and Notices for today?
 7          A.    None other than what's in my
 8    affidavit.
 9          Q.    Okay.  Well, is there any other
10    business segment that's described in your
11    affidavit, other than JOG, Vertex, Crestview, and
12    Waco, sir?
13          A.    No.
14          Q.    All right.  That wasn't too hard, was
15    it?
16                    MR. GELB:  Now that's not -- a
17    snarky comment isn't really appropriate, is it?
18                    MR. GEROLD:  I'm glad you said
19    that, Counsel.  I'll remember that.  "Snarky."
20    Thank you.
21                    MR. GELB:  It's a good Texas
22    word.
23    BY MR. GEROLD:
24          Q.    To your knowledge, has any other
25    business segment or division of L-3 other than
```

10:36A

```
 1   Vertex, JOG, Crestview, and Waco ever utilized

 2   aircraft maintenance, modification, and/or

 3   tracking software or computer programs?

 4        A.     I don't know.

 5        Q.     Now you talked about the AM&M

 6   division.

 7               Is that a separate division or is

 8   that a business segment?

 9        A.     Business segment.

10        Q.     And what's the difference between a

11   division at L-3 and a business segment, to your

12   understanding?

13        A.     To my understanding, AM&M is a

14   financial segment of the L-3 Corporation.

15        Q.     Is there any other financial segment

16   of L-3 that has any involvement with aircraft

17   maintenance, modification, and/or tracking

18   software or computer programs?

19        A.     I do not know.

20        Q.     Now what company do you work for?

21        A.     L-3.

22        Q.     Okay.  What group of L-3 -- under

23   what group of L-3 does your present job fall?

24        A.     Under the Mission Integratation, MID.

25        Q.     Other than the Mission Integration
```

10:37A  9
       10
       11
       12
       13
       14
       15
       16
       17
       18
       19
       20
       21
       22
       23
10:38A 24
       25

1    BY MR. GEROLD:

2        Q.      Other than Vertex, JOG, Waco, and

3    Crestview, did you make any inquiry into any

4    group, division, segment, program affiliated with

5    L-3 relative to the use of the aircraft

6    maintenance tracking software?

7        A.      Here in Greenville also.

8        Q.      That would be it?

9        A.      Yes.

10       Q.      Now for the -- and for purposes of

11   this deposition, is it -- is the group that used

12   the aviation or aircraft maintenance tracking

13   software, did that go by the name of the

14   Proprietary Programs Group?

11:21A  15       A.      Yes.

16                       MR. GELB:  Is it called a

17   group or --

18       A.      Yeah.  We won't use the word "group,"

19   because that --

20   BY MR. GEROLD:

21       Q.      What name did you give it?

22       A.      Proprietary Programs.

23       Q.      Okay.  So for purposes of today, just

24   so that I'm clear, the only segments, groups,

25   programs, or whatever you call it, pieces of L-3

        1    Communications Corporation with whom you made any

        2    inquiry relating to the use of aircraft

        3    maintenance tracking software were the Proprietary

        4    Programs --

        5            A.      Personnel.

        6            Q.      -- personnel in Greenville, the

        7    division at Vertex, the Joint Operations Group,

        8    the Waco Group, and the Crestview Group that is

        9    set forth in your affidavit marked as Exhibit 13?

11:22A 10            A.      Yes.

       11                    MR. GELB:   Without quarreling

       12    whether "group" is a proper term, those were the

       13    entities that you looked at, correct?

       14                    THE WITNESS:   True.

       15    BY MR. GEROLD:

       16            Q.      Are Vertex, JOG, Waco, and Crestview

       17    entities, divisions, programs, or groups?   What

       18    are they?

       19            A.      They're divisions.

       20            Q.      So other than the Proprietary

       21    Programs personnel in Greenville, and the four

       22    divisions known as Vertex, the Joint Operating --

       23    the Joint Operations Group, or JOG, out of

       24    Lexington, Kentucky, the Waco Division and the

       25    Crestview Division, you made no inquiry outside of

         1    those entities as to the use, implementation, or
         2    purchase of aircraft maintenance tracking
         3    software, correct?
         4         A.    Correct.
         5         Q.    Now let's take these parcel by
         6    parcel.  With respect to the Vertex Group, what
         7    aircraft maintenance tracking software or
         8    modification software, computer programs were used
         9    by Vertex in the years 2000 to the present?
11:23A  10         A.    If you'll look at the -- I'm trying
        11    to find it here, the exhibit.  It is Exhibit C.
        12    These are the -- look on Page 3 would probably be
        13    the easiest to --
        14                    MR. GELB:  Page 3 of Exhibit
        15    C?
        16                    THE WITNESS:  Of Exhibit --
        17    yes.  Page 3 of Exhibit C.
        18    BY MR. GEROLD:
        19         Q.    Page 3 of Exhibit C attached as part
        20    of Exhibit 13; is that correct?
        21         A.    Yes.  These are the programs which
        22    are used at Vertex.  If you'll look down here, it
        23    has WECMS, --
        24                    MR. GELB:  That's W-E-C-M-S,
        25    all caps.

```
 1       A.      -- which stands for Web Enabled

 2  Contract Management System.   The next one is

 3  BDM, --

 4                    MR. GELB:  Also, caps.

 5                    THE WITNESS:  Yes.

 6       A.      Which is Bed Down Maintenance.

 7  BY MR. GEROLD:

 8       Q.      What's the first word?

 9       A.      Bed.

10       Q.      B-E-D, like sleep in your bed?

11       A.      Yes, yes.  I believe it's an old Air

12  Force term, like you bed down the airplane.

13       Q.      Bed Down Maintenance.  All right,

14  sir.

15       A.      Maximo.

16                    MR. GELB:  M-A-X-I-M-O,

17  initial cap.

18       A.      And Pentagon 2000.

19                    MR. GELB:  Initial cap.

20       A.      And SAP.

21                    MR. GELB:  All caps.

22  BY MR. GEROLD:

23       Q.      Were these the only aircraft

24  maintenance tracking -- modification tracking

25  software programs used by Vertex from the year
```

Line 4 timestamp: 11:24A

```
 1   2000 to present?
 2        A.    Yes.   They've been used for over ten
 3   years, some of them.   They're in-house programs.
 4        Q.    And you're aware of no other aircraft
 5   maintenance, modification, or tracking software
 6   computer programs used by Vertex in the years 2000
 7   to the present, other than those we just
 8   discussed, correct?
11:25A 9       A.    Yes.
10        Q.    And did you make that particular
11   inquiry to the people at Vertex?
12        A.    Yes.
13        Q.    For the years 2000 to the present,
14   with respect to the Joint Operations Group in
15   Lexington, Kentucky, tell us, please, what
16   aircraft maintenance, modification, and/or
17   tracking software or computer programs were
18   utilized, purchased, or implemented in the years
19   2000 to the present.
20        A.    For the Joint Operations Group, JOG?
21        Q.    Yes, sir.
22        A.    They used a commercial software
23   called Gold by Nero Technology.
24              MR. GELB:   N-E-R-O.
25        A.    And at the Fort Rucker, Alabama
```

1  facility, they used STAMOS, which is a standard

2  military -- U.S. Army military operating system.

3                    MR. GELB:  All caps,

4  S-T-A-M-O-S.

5  BY MR. GEROLD:

6      Q.    What was the second one?  You said --

7      A.    STAMOS.

8      Q.    N-E-R-O?

9                    MR. GELB:  He said Nero

10  Technologies was the manufacturer of Gold.

11:26A 11      A.    Yes.  Nero Technology was the

12  manufacturer of Gold.

13  BY MR. GEROLD:

14      Q.    Of the Gold software?

15      A.    Yes.

16      Q.    Okay.

17      A.    It's a commercial software.

18      Q.    And STAMOS was the other aircraft

19  maintenance, modification, or tracking software,

20  computer program that was used at the --

21      A.    Fort Rucker.

22      Q.    -- Joint Operations Group at

23  Lexington, Kentucky?

24      A.    Yes.

25      Q.    All right.  And those are the only

```
 1    two such programs that were used for the years

 2    2000 to the present; is that correct?

 3         A.    That's what I was told.

 4         Q.    And with respect to the -- who did

 5    you speak to at --

 6         A.    The man I spoke of earlier, A. J.

 7    Briggs.

 8         Q.    A. J. Briggs.  Okay.  I thought you

 9    spoke to him with respect to Vertex?

10         A.    I spoke to him about both of these

11    locations.  He's -- he is the one that created the

12    chart back here on Exhibit C, because they are in

13    the process of upgrading their system to Maintenix

14    support.  That's their proposed new plan.

15         Q.    Okay.

16         A.    And they've -- like I said, they've

17    had a lot of these for over ten years.
```

11:27A 18                        MR. GELB:  M-A-I-N-T-E-N-I-X.

```
19    BY MR. GEROLD:

20         Q.    With respect to the Waco facility,

21    for the years 2000 to the present, can you tell me

22    what aircraft maintenance modification and/or

23    tracking software computer programs were utilized

24    by the Waco division of L-3.

25         A.    CAMS, which we talked about earlier,
```

        1   which was the Case Automated Maintenance System,

        2   they also used REMIS, which is fed by CAMS, which

        3   is Reliability & Maintainability Information

        4   System.

        5                     MR. GELB:  All caps,

        6   R-E-M-I-S.

11:29A  7   BY MR. GEROLD:

        8        Q.    Let me touch back on Vertex.  You

        9   talked about the WECNS, W-E-C-N-S, software.

       10        A.    Uh-huh.

       11        Q.    Was that acquired from a third party?

       12        A.    No.  I believe -- let me look back

       13   here.  (Witness reviews documents.)  I believe

       14   that was part of the homegrown software they had.

       15                     BDM and WECMS were both created

       16   in-house there at Vertex.  They've been using them

       17   for over ten years.  Maxima was the commercially

       18   produced software.

       19        Q.    What about Pentagon 2000?  Was

       20   that --

       21        A.    It's also a commercially produced

       22   software.  It's used in the Fort Worth area.

       23        Q.    And I think you told us that Gold was

       24   commercially produced by Nero?

       25        A.    That is correct.  It's used by JOG.

11:30A  1      Q.     And Nero is just like Emperor Nero,

         2   the same spelling?

         3      A.     Yes.   N-E-R-O.

         4      Q.     And STAMOS, was that also

         5   commercially produced?

         6      A.     I don't know.   That's a military

         7   application.

         8      Q.     Is it fair to say, it was not -- it

         9   was not created, developed, or put together in

        10   whole or in part by L-3?

        11      A.     I don't know.   I would say yes, but

        12   that's my opinion.   I do not know.

        13      Q.     Now Mr. Briggs is the person who

        14   would have knowledge of that, I take it?

        15      A.     Yes.

        16      Q.     And at Waco, we talked about CAMS.

        17   You said that was a commercially --

        18      A.     CAMS is also a military program.

        19      Q.     Okay.   And REMIS, R-E-M-I-S?

        20      A.     REMIS is also a military program.

        21   And another one that's used at Waco was SAP.

11:31A  22      Q.     Now Crestview -- you talked about the

        23   Crestview, C-R-E-S-T-V-I-E-W.

        24      A.     Yes.

        25      Q.     Was there any aircraft maintenance,

         1   modification, and/or tracking software or computer

         2   program used by personnel at the Crestview

         3   division at any time during the years 2000 to the

         4   present?

         5       A.    I don't know.  Crestview was not that

         6   old into L-3.  I don't know when they were

         7   acquired.  So I don't know if it went back to

         8   2000.

         9       Q.    Did you ask?

        10       A.    Yes.

        11       Q.    Who'd you ask about Crestview, about

        12   their use of -- the use, implementation,

        13   acquisition, whatever, of aircraft modification

        14   and/or tracking software?

        15       A.    We asked some of our Proprietary

        16   people here that have been through -- from

        17   Crestview.

11:32A  18       Q.    And who would that be?

        19       A.    Jack Hughes.

        20       Q.    Anybody else?

        21       A.    No.

        22       Q.    What is Jack Hughes's current

        23   position?

        24       A.    I believe he's a Director.

        25       Q.    Director of Proprietary Programs?

 1          A.      No.   I think he's Director -- I think

 2     he's Director of Hanger Dock and Line.

 3          Q.      Okay.

 4          A.      Hangar Dock and Line.

 5          Q.      Hangar Docking Line?

 6          A.      Hangar Dock and Line.

 7          Q.      H-A-N-G-A-R, as in airplane hangar?

 8          A.      Correct.

 9          Q.      Dock and Line, like a big line of --

10          A.      Like a flight line.

11          Q.      Okay.   Let's talk about Greenville

12     now.   You mentioned Maintenix.   Is Maintenix being

13     used at the Greenville location?

14          A.      No.

15          Q.      Is Maintenix M-A-I-N-T-E-N-I-X, is

16     that software being used at any division or

17     location presently by a break?

11:33A 18          A.      No.   That's it's pro posed.   That's

19     what they're trying to -- that's what the exhibit

20     says it's proposed for.

21          Q.      Now at some point in time, I think it

22     was discussed earlier, your conversations with Mr.

23     Gorden Rosen of AASI.   Do you recall we touched on

24     that briefly?

25          A.      Yes.

```
 1          Q.      Were there any other locations other

 2   than the Greenville location, Vertex, JOG, Waco,

 3   and Crestview that utilized maintenance tracking

 4   software in the years that you've been with L-3?

 5          A.      Have they utilized software?

 6          Q.      Aircraft maintenance tracking

 7   software.

 8          A.      Which I said in here, (indicating),

 9   some of these for ten years at Vertex.

10          Q.      Any other locations, sir?  I'm not

11   talking about Vertex.

12          A.      I don't know.

13          Q.      You don't know.  And you've never

14   made an effort to figure out if that was the case;

15   is that correct?

16          A.      I made an effort to determine what

17   AM&M companies used.

18          Q.      All right.  Are the AM&M companies --

19   are there other companies within L-3 that do or

20   have done aircraft maintenance, modification, and

21   tracking?

22          A.      Yes.

23                       MR. GELB:  Asked and answered

24   many times.

25   BY MR. GEROLD:
```

2:06P (line 5)

|   |   |
|---|---|
| 1 | Q.      But you didn't inquire as to their |
| 2 | history and their current usage, correct? |
| 3 | A.      Well, yes, I did.  Here at C3ISR, we |
| 4 | have maintenance, and I do inquire. |
| 5 | Q.      Outside of C3ISR, you did not make |
| 6 | that inquiry within L-3; is that correct? |
| 2:07P    7 | A.      Yes.  Here at Greenville, L-3, yes. |
| 8 | L-3 -- not -- L-3 Greenville is where I made my |
| 9 | inquiry, -- |
| 10 | Q.      Okay.  But you didn't do anything -- |
| 11 | A.      -- and C3ISR. |
| 12 | Q.      But you didn't make your inquiries |
| 13 | for purposes of your 30(b)(6) deposition outside |
| 14 | of L-3 Greenville, isn't that correct? |
| 15 | A.      No.  I also went through Vertex and |
| 16 | through AM&M Business Segment to find out. |
| 17 | Q.      Other than Greenville, Vertex, and |
| 18 | Waco, you didn't go outside those segments to |
| 19 | determine whether -- |
| 20 | MR. GELB:  Asked and answered. |
| 21 | Please finish. |
| 22 | A.      I went to JOG, and I went to |
| 23 | Crestview, to all the ones that were stated in |
| 24 | here, (indicating). |
| 25 | MR. GELB:  "In here," |

1   (indicating), you're referring to Exhibit 13?

2                    THE WITNESS:   That's correct.

3   BY MR. GEROLD:

4        Q.     Exhibit 13?

5        A.     That's correct.

6        Q.     And outside of Greenville, Vertex,

7   JOG, Waco, and Crestview, you did not make any

8   inquiry as to use of the aircraft maintenance

9   tracking software within any other group,

10  division, or segment of L-3; is that correct?

2:09P  11        A.     Correct.

12        Q.     Now when the M3 -- you talked a

13  little bit about the -- the E-31.

14        A.     Yes, sir.

15        Q.     Did -- maybe I misunderstood.   You

16  said that was something different than the basic

17  operating agreement -- excuse me, Basic Ordering

18  Agreement that's referenced in Exhibit 15 to your

19  deposition?

20        A.     That is a portion of the Basic

21  Ordering Agreement.   It is one of the subsets

22  under the BOA.

23        Q.     So was the BOA one of the first

24  documents, and then other projects came off of

25  that?

| | | |
|---|---|---|
| 2:10P | 1 | A.      The BOA is the primary contract which |
| | 2 | defines the agreement between L-3 and the |
| | 3 | Government. |
| | 4 | Every time a new contract or anything |
| | 5 | is made, a new number -- sub number is assigned to |
| | 6 | that BOA. |
| | 7 | Q.      Okay.  Was the E-31 crafted before or |
| | 8 | after the BOA listed here on Page 03130A of |
| | 9 | Exhibit 15? |
| | 10 | A.      That BOA is a continuous document. |
| | 11 | It's like a living document.  It's updated every |
| | 12 | year.  It's on annual document. |
| | 13 | Q.      Okay.  When was the E-31 entered |
| | 14 | into? |
| | 15 | A.      I don't have the date in front of me. |
| | 16 | I'd have to -- it's in this document that we |
| | 17 | provided already, along with the hours by Brett |
| | 18 | Pelham for the time spent for the development. |
| | 19 | Q.      Was it before September the 6th? |
| 2:11P | 20 | A.      Yes. |
| | 21 | Q.      Okay.  Was it after you spoke with |
| | 22 | Mr. Rosen in August of 2003? |
| | 23 | A.      E-31's are annual contracts.  They've |
| | 24 | been here since the development of the company. |
| | 25 | They're -- it's not a new contract. |

1          Q.     Was the E-31 -- you're telling us

2     that the E-31 for the development of M3 is

3     contained in the documents that are in Exhibit 21

4     to your deposition?

5          A.     Correct.  I believe so.

6                         MR. GELB:  Are you certain of

7     that?  I think it -- is it classified?

8                         THE WITNESS:  The contract is

9     classified.  I believe we --

10                        MR. GELB:  The E-31 is

11    classified?

12                        THE WITNESS:  The E-31 is

13    classified.

14                        MR. GELB:  And therefore, is

15    not included?

16                        THE WITNESS:  Correct.  The

17    actual E-31 contract is not in the documents.

18    What's provided is the hours that were used

19    against that contract, showing where Brett Pelham

20    developed the software.

2:12P  21    BY MR. GEROLD:

22         Q.     Did you talk with Kenneth Gaylor

23    about your deposition today?

24         A.     Yes.

25         Q.     What'd y'all talk about?

1          A.      Mainly, that it was long, and to use

2    the bathroom before he came.

3          Q.      You spoke to him during the lunch

4    break?

5          A.      Yes.

6          Q.      Did you tell him about the questions

7    that you were being asked?

8          A.      Not specifically, no.

9          Q.      Did you tell him generally?

10         A.      I would guess, yes.

11         Q.      When the issue of the source code --

12   ASI source code being in the Netfinity computer

13   arose, did you speak to Kenneth Gaylor about it?

2:13P   14         A.      No.

15         Q.      Did you ever speak to Kenneth Gaylor

16   about it?

17         A.      No.

18         Q.      Did you speak to Sharen Poelman about

19   the existence of -- or the presence of ASI's

20   source code in the Netfinity computer?

21                        MR. GELB:  When?  At that

22   time, or at some other time?

23                        MR. GEROLD:  I'm asking a

24   "yes" or "no" question right now.

25                        MR. GELB:  Well, we're --

```
 1                         MR. GEROLD:  I think I can ask
 2   whatever questions --
 3                         MR. GELB:  But I have a role
 4   here, and you don't get to shut me up.  I'm sorry.
 5   It's unpleasant, but learn to live with it.
 6                         MR. GEROLD:  You don't get to
 7   get me to frame my questions, ya got that?
 8                         MR. GELB:  You don't.  But I'm
 9   going to object.
10                         MR. GEROLD:  Fine.
11                         MR. GELB:  And you take the
12   object in a respectful way.  That's how you do it.
13                         MR. GEROLD:  And I expect you
14   to be respectful, as well.
15                         MR. GELB:  Now did you talk to
16   her at the time?
17                         MR. GEROLD:  It's my
18   deposition.  You can ask the witness when it's
19   your turn to ask questions.
20                         MR. GELB:  Answer the
21   question.
22   BY MR. GEROLD:
23        Q.    Did you ever speak to Sharen Poelman
24   about the presence of the ASI source code in the
25   L-3 system?
```

| | | |
|---|---|---|
| 2:14P | 1 | A.    Sharen was there when it was found. |
| | 2 | Q.    Okay.  Was she ever involved in the |
| | 3 | search for how ASI's source code came to be -- |
| | 4 | A.    Yes. |
| | 5 | Q.    -- in the library of L-3's software? |
| | 6 | A.    Yes. |
| | 7 | Q.    What did she tell you she found? |
| | 8 | MR. GELB:  If that search was |
| | 9 | made at my request as part of the defense of this |
| | 10 | case, I'm going to instruct you not to answer. |
| | 11 | THE WITNESS:  Okay. |
| | 12 | A.    It was done in defense of this case, |
| | 13 | so I will not answer. |
| | 14 | BY MR. GEROLD: |
| | 15 | Q.    Well, the software was discovered |
| | 16 | back in 2003, correct? |
| | 17 | A.    I believe that's when it was. |
| | 18 | Q.    And this case was filed when?  Do you |
| | 19 | know? |
| | 20 | A.    I do not have the first date that it |
| | 21 | was filed. |
| 2:15P | 22 | Q.    Okay.  Well, between 2003 and 2006, |
| | 23 | was there any litigation ongoing, to your |
| | 24 | knowledge, about the existence of the ASI source |
| | 25 | code in those computers? |

```
 1          A.     Yes.

 2          Q.     But L-3 was not a party to those

 3     cases, isn't that correct?

 4          A.     I don't know.

 5          Q.     L-3 hadn't been sued; is that right?

 6                 MR. GELB:  Before 2006?

 7          A.     They were sued sometime in there.  I

 8     don't know what the dates were.

 9     BY MR. GEROLD:

10          Q.     You told me you spoke to Mr. Barnett

11     about the presence of the ASI source code in the

12     L-3 system here, and then he said, "Well, let me

13     know if there's a problem."

14                 Was there ever any later problem, to

15     your knowledge?

16          A.     The only other time I spoke to John

17     Barnett was when Gordon Rosen called us and asked

18     for a letter, and we -- John Barnett provided it.

19          Q.     Now has M3 gone by any other name or

20     description at L-3 since its inception?

21          A.     No.

22          Q.     In other words, for example, some

23     software companies will put like a .1 or .2, M3.1,

24     M3.2, or M3 Second Edition.

25                 Has there ever been any change in the
```