UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

AIRFRAME SYSTEMS, INC. f/k/a
AIRLINE SOFTWARE, INC.,

      Plaintiff,

      v.

RAYTHEON COMPANY and
L-3 COMMUNICATIONS CORPORATION,

      Defendants.

---

Case No: 1:08-cv-11940-WGY

**PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO FILE SUR-REPLY BRIEF RE:
<u>L-3'S MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff Airframe Systems, Inc. ("Airframe") moves for leave to file a short sur-reply brief, a copy of which is attached hereto, to address certain new arguments raised by defendant L-3 Communications Corporation for the first time in L-3's Reply Memorandum in Support of Its Motion for Summary Judgment (Docket #96). In support of this motion, Airframe states as follows:

In support of its motion for summary judgment, on June 21, 2010, L-3 filed a 21-page reply brief. In it, L-3 presented certain arguments related to Airframe's opposition, which had not previously been raised. Submission of Airframe's short sur-reply will assist the Court to decide L-3's summary judgment motion correctly.

Airframe's sur-reply simply addresses arguments raised by L-3 in its reply. As such, L-3, by and through its counsel, has indicated that it would not oppose the relief sought in this motion.

      For these reasons, Airframe requests leave to file the attached sur-reply brief regarding L-3's motion for summary judgment.

|  |  |
|---|---|
|  | AIRFRAME SYSTEMS, INC. f/k/a/<br>Airline Software, Inc.<br>By its attorneys, |
|  | / S / Peter B. Krupp |
| Dated: July 7, 2010 | Peter B. Krupp<br>  B.B.O. No. 548112<br>Lurie & Krupp, LLP<br>One McKinley Square<br>Boston, MA 02109<br>Tel: 617-367-1970 |
|  | / S / Bruce I. Afran |
|  | Bruce I. Afran<br>  NJ BA 8583<br>10 Braeburn Drive<br>Princeton, NJ 08540<br>Tel: 609-924-2075 |

CERTIFICATE OF CONFERENCE

      Pursuant to Local Rule 7.1(A)(2), I, Peter B. Krupp, certify that I conferred with Adam Kessel about this motion, and he indicated that L-3 would not oppose Airframe's motion for leave to file a sur-reply provided the sur-reply is limited to responding to issues in L-3's reply brief and does not attempt to present any new evidence; and, to the extent Airframe did raise new arguments or presented new evidence, L-3 would reserve its right to object.

                                      / S / Peter B. Krupp

                                      Peter B. Krupp

CERTIFICATE OF SERVICE

      I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 7, 2010.

                                      / S / Peter B. Krupp

                                      Peter B. Krupp