# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

AIRFRAME SYSTEMS, INC.

Plaintiff(s)

v.                                                                CIVIL ACTION NO. 08-11940-WGY

L-3 COMMUNICATIONS CORP.

Defendant(s)

**JUDGMENT IN A CIVIL CASE**

YOUNG , D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendant L-3 Communications Corp.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: 7/21/10          By /s/ Lisa M. Hourihan
                              Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____%.

(Judgment Civil.wpd - 3/7/2005)