UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------
AIRFRAME SYSTEMS, INC. f/k/a
AIRLINE SOFTWARE, INC.,

      Plaintiff,

                              Case No: 1:08-cv-11940-WGY

      v.

RAYTHEON COMPANY and
L-3 COMMUNICATIONS CORPORATION,

      Defendants.
---------------------------------------------------------

NOTICE OF APPEAL

    Notice is hereby given that Airframe Systems, Inc. f/k/a/ Airline Software, Inc., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment and order of dismissal entered in this action on July 21, 2010.

    Notice is further given that Plaintiff appeals as to all interlocutory orders including but not necessarily limited to: 1) the Court's interlocutory Order and Opinion filed on July 23, 2009 and entered on July 27, 2009 limiting the period for which damages could be sought by plaintiff to a date beginning on April 7, 2009; 2) the Court's interlocutory Order and Opinion dated May 13, 2010 striking the plaintiff's expert Steven Gans and certain other relief in said order; 3) the Court's interlocutory order dated June 8, 2010 denying certain sanctions sought by Plaintiff; and 4) the Court's interlocutory orders dated June 8, 2010 striking plaintiff's cross motion for summary judgment and to strike affirmative defenses.

                      AIRFRAME SYSTEMS, INC. f/k/a/
                      Airline Software, Inc.
                      By its attorneys,

                      / S /Bruce I. Afran
                      Bruce I. Afran
                        NJ BA 8583
                      10 Braeburn Drive
                      Princeton, New Jersey 08540
                      609-924-2075

                      Peter B, Krupp
                        B.B.O. No. 548112
                      Lurie & Krupp, LLP
                      One McKinley Square
                      Boston, MA 02109
                      617-367-1970

## CERTIFICATE OF SERVICE

     I, Bruce I. Afran, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on August 19, 2010.

                      / S /  Bruce I. Afran

                      Bruce I. Afran